

# Advisory
*Practical need-to-know information*

**MHA**
Massachusetts Hospital Association

March 21, 2003                                                                                          A-10

| | | | |
|---|---|---|---|
| **Subject:** | Medicare Will Reimburse Uncompensated Care Pool Assessment Costs | **Sent to:** | Chief Executive Officers CFO/V.P. Finance Directors, Reimbursement |
| **Contact:** | Joe Kirkpatrick (781) 272-8000, ext. 173 jkirkpatrick@mhalink.org | **Enc:** | AHS Advisory |

Last spring MHA alerted member hospitals of an emerging Medicare reimbursement initiative. A consulting firm, Goloskie and Associates, was seeking Medicare cost reimbursement for the uncompensated care pool tax paid by Massachusetts hospitals. MHA worked with the firm, interested hospitals, and the Medicare Fiscal Intermediary, AHS, to seek approval for the reimbursement from the Centers for Medicare and Medicaid Services (CMS). Earlier this week, AHS mailed an advisory to its hospitals announcing CMS's decision to reimburse hospitals for this tax expense. The advisory is printed on the reverse side of this MHA Advisory.

While most Medicare reimbursement is paid under prospective rates and fee schedules, some cost reimbursement is still paid. Earlier years' taxes will also be payable to the extent Medicare cost reports are open or "openable." The attached advisory explains steps hospitals should take to obtain this additional reimbursement. Note, that in recognition of the current fiscal plight of Massachusetts hospitals, AHA has placed a priority on processing such hospital requests. We anticipate that statewide, hospitals may be eligible for more than $10 million in added reimbursement from this initiative.

A-10

To: Hospital Administrators and Chief Financial Officers

From: Robert Baroutas, Director Medicare Audit & Reimbursement Department

Date: March 18, 2003

Subject: CMS Decision - Massachusetts Uncompensated Care Pool Assessment

The Centers for Medicare & Medicaid Services (CMS) has determined that the Massachusetts Uncompensated Care Pool (UCP) assessments can be recognized as an allowable cost. Furthermore the allowable cost should represent the gross amount you paid to the UCP. In order to receive reimbursement for the UCP assessments your Medicare Cost Report must meet the following conditions:

1. No Final Settlement has been issued and you request, or already requested, an amendment to your as filed cost report

2. Final Settlement has been issued and you request, or already requested a reopening, within 3 years from the date of the original Notice of Program Reimbursement (NPR).

3. Final Settlement has been issued and you have a properly pending appeal before the PRRB. Please be advised that our office will initiate a reopening of the cost report however you need to withdraw the UCP from your PRRB case.

Your request must include supporting documentation that identifies the UCP assessment paid by your facility for the respective cost report period. The documentation should include a copy of relevant Commonwealth of Massachusetts's notification regarding the UCP assessments as well as any detailed calculations identifying the gross UCP liability. Any subsequent changes to the UCP assessments to reflect preliminary or final UCP settlement should be included in the cost report period when payment is made.

Additionally, please be advised that you can include UCP assessments when submitting future cost reports. However the cost report filing can only include UCP assessments related to the year of filing or adjustments to recognize differences in the UCP preliminary and final settlements discussed above.

Lastly, in light of the financial impact to each provider, we would like to advise you that we are making this activity a priority. Therefore a member of my staff will contact you to discuss time frames for processing cost report changes and issuing payment upon receipt of your UCP documentation.

If you have any questions please contact me at (617) 689-2862 or your respective audit manager.

2