Continuation Sheet to Related Cases

Fairview Hospital, et al.
v.
Michael O. Leavitt, Secretary of the
United States Department of Health and Human Services

**Related cases:** **Milton Hospital v. Tommy Thompson; CA No. 04-cv-1497 (RWR)**
**Dana-Farber Cancer Institute v. Tommy Thompson; CA No. 04-cv-1537 (RWR)**
**Berkshire Medical Center, et al. v. Tommy Thompson; CA No. 04-cv-1562 (RWR)**