UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---

**FAIRVIEW HOSPITAL**
29 Lewis Avenue
Great Barrington, Massachusetts 01061-1230

**MOUNT AUBURN HOSPITAL**
330 Mount Auburn Street
Cambridge, Massachusetts 01842-2138

**TUFTS-NEW ENGLAND MEDICAL CENTER**
750 Washington Street
Boston, Massachusetts 02111

    Plaintiffs,

    v.

**MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services**
200 Independence Avenue, S.W.
Washington, D.C. 20201

    Defendant.

Case No:

---

## LOCAL RULE 26.1 CERTIFICATION

I, the undersigned counsel of record for the plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the plaintiffs which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

*Jacqueline E. Bennett*
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Attorney for Plaintiffs


Of Counsel:
Murray J. Klein
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050


Dated:  May 26, 2005