IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheila M. Lieber and Peter Robbins enter their appearances on behalf of defendant in the above-captioned matter. Further communications and correspondence in this case should be directed to the following address:

>Peter Robbins
>U.S. Department of Justice
>20 Massachusetts Ave, NW, Room 7142
>Washington, D.C. 20530

Respectfully submitted,

OF COUNSEL:
ALEX M. AZAR II
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Acting Deputy Associate
General Counsel

ROBERT BALDERSTON
Attorney
Department of Health
and Human Services

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
SHEILA M. LIEBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C. 20530
Tel: (202) 514-3953
Attorneys for Defendant