IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

Defendant respectfully moves this Court for an enlargement of time up to and including August 31, 2005 in which to file his answer and/or responsive motion in the above-captioned action. Defendant's answer and/or motion is currently due to be served on August 1, 2005. No previous enlargements have been requested. Defendant requests this four-week enlargement to give him an opportunity to confer fully with his counsel and provide the Court with the most complete and useful statement of his position.

Counsel for defendant has discussed this motion with counsel for plaintiffs and is authorized to state that plaintiffs have no objection.

A proposed order is attached.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| ALEX M. AZAR II<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Acting Deputy Associate<br>General Counsel | _____<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| ROBERT BALDERSTON<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendant |