IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIRVIEW HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendant's unopposed motion for an enlargement of time in which to answer and/or otherwise file a responsive motion in the above-captioned action, it is hereby

ORDERED that defendant's motion is GRANTED, and defendant shall have up to and including August 31, 2005 to file his answer and/or other responsive motion.

_____               _____
DATE                          UNITED STATES DISTRICT JUDGE