UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARVIEW HOSPITAL, et al. | : |
| Plaintiff | : |
| v. | : Case No.: 1:05-cv-01065 |
| MICHAEL O. LEAVITT, Secretary Of The United States Department of Health And Human Services | : |
| Defendant | : |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, and Disclosure of Corporate Affiliations and Financial Interests to be delivered via United States certified mail to:

> John Ashcroft
> Department of Justice
> 10TH & Constitution Avenue, NW
> Washington, D.C. 20530
> SERVED: May 31, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

          Respectfully submitted,

          /s/ Jacqueline E. Bennett
          Jacqueline E. Bennett
          DC Bar #474355
          REED SMITH LLP
          1301 K Street, N.W.
          Suite 1100 – East Tower
          Washington, D.C. 20005-3317
          (202) 414-9200
          (202) 414-9299 (Facsimile)
          jbennett@reedsmith.com

          Counsel for Plaintiffs

Dated:  July 28, 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) MAY 3 1 2005  C. Date of Delivery |
| 1. Article Addressed to:<br>John Ashcroft<br>Department of Justice<br>10th + Constitution Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0000 6902 5482 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |