UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARVIEW HOSPITAL, et al.<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary Of The United States Department of<br>Health And Human Services<br><br>    Defendant | :<br>:<br>:<br>:<br>:   Case No.: 1:05-cv-01065<br>:<br>:<br>:<br>:<br>:<br>: |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, and Disclosure of Corporate Affiliations and Financial Interests to be delivered via United States certified mail to:

>Kenneth L. Wainstein
>United States Attorney
>Department of Justice
>555 4th Street, NW
>Washington, D.C. 20005
>SERVED: June 1, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

                    Respectfully submitted,


                    /s/ Jacqueline E. Bennett  
                    Jacqueline E. Bennett  
                    DC Bar #474355  
                    REED SMITH LLP  
                    1301 K Street, N.W.  
                    Suite 1100 – East Tower  
                    Washington, D.C. 20005-3317  
                    (202) 414-9200  
                    (202) 414-9299 (Facsimile)  
                    jbennett@reedsmith.com

                    Counsel for Plaintiffs

Dated: July 28, 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>JUN 01 2005 |
| 1. Article Addressed to:<br>Kenneth L. Wainstein<br>United States Attorney<br>Department of Justice<br>555 4th St, NW<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 2890 0000 6902 5499 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |