UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARVIEW HOSPITAL, et al. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :  Case No.: 1:05-cv-01065 |
| | : |
| MICHAEL O. LEAVITT, | : |
| Secretary Of The United States Department of | : |
| Health And Human Services | : |
| | : |
| Defendant | : |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, and Disclosure of Corporate Affiliations and Financial Interests to be delivered via United States certified mail to:

        Michael O. Leavitt
        Department of Health and Human Services
        200 Independence Avenue, SW
        Washington, D.C. 20201
        SERVED: May 31, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

          Respectfully submitted,


          /s/ Jacqueline E. Bennett
          Jacqueline E. Bennett
          DC Bar #474355
          REED SMITH LLP
          1301 K Street, N.W.
          Suite 1100 – East Tower
          Washington, D.C. 20005-3317
          (202) 414-9200
          (202) 414-9299 (Facsimile)
          jbennett@reedsmith.com

          Counsel for Plaintiffs

Dated: July 28, 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Dept. of Health + Human Services
200 Independence Ave, SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Nora Ricks   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dora Ricks
C. Date of Delivery: 5-31-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6902 5505

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540