UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FARVIEW HOSPITAL, et al.          :
                                  :
        Plaintiff                 :
                                  :
    v.                            :   Case No.: 1:05-cv-01065
                                  :
MICHAEL O. LEAVITT,               :
Secretary Of The United States Department of   :
Health And Human Services         :
                                  :
        Defendant                 :

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, and Disclosure of Corporate Affiliations and Financial Interests to be delivered via United States certified mail to:

> Kenneth L. Wainstein
> United States Attorney
> Department of Justice
> 555 4th Street, NW
> Washington, D.C. 20005
> SERVED: June 1, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

        Respectfully submitted,


        /s/ Jacqueline E. Bennett
        Jacqueline E. Bennett
        DC Bar #474355
        REED SMITH LLP
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, D.C. 20005-3317
        (202) 414-9200
        (202) 414-9299 (Facsimile)
        jbennett@reedsmith.com

        Counsel for Plaintiffs

Dated:  July 28, 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>JUN 0 1 2005 |
| 1. Article Addressed to:<br>Kenneth L. Wainstein<br>United States Attorney<br>Department of Justice<br>555 4th St., NW<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7004 2890 0000 6902 5499 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |