IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

    Defendant respectfully moves this Court for an enlargement of time up to and including September 7, 2005 in which to file his answer and/or responsive motion in the above-captioned action. Defendant's answer and/or motion is currently due to be served on August 31, 2005. One four-week enlargement has previously been granted. Defendant requests this additional one-week enlargement to permit him to finalize a declaration of a witness who is currently on vacation and to provide the Court with the most complete and useful statement of his position. Counsel for defendant attempted to discuss this motion with counsel for plaintiffs today, but was unable to reach them. However, the parties have previously jointly moved for and received a stay of related cases, and the present motion causes plaintiffs no conceivable prejudice.

    A proposed order is attached.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | |
| PAULA M. STANNARD | PETER D. KEISLER |
| Acting General Counsel | Assistant Attorney General |
| | |
| KATHLEEN H. MCGUAN | KENNETH L. WAINSTEIN |
| Associate General Counsel | United States Attorney |

| | |
|---|---|
| MARK D. POLSTON<br>Acting Deputy Associate<br>General Counsel<br><br>ROBERT BALDERSTON<br>Attorney<br>Department of Health<br>and Human Services | _____<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice<br>20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C.  20530<br>Tel:  (202) 514-3953<br>Attorneys for Defendant |