IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendant's unopposed motion for an enlargement of time in which to answer and/or otherwise file a responsive motion in the above-captioned action, it is hereby

ORDERED that defendant's motion is GRANTED, and defendant shall have up to and including September 7, 2005 to file his answer and/or other responsive motion.

_____            _____
DATE                                         UNITED STATES DISTRICT JUDGE