ATTACHMENT 4 OF
EXHIBIT 1

*Massachusetts Division of Health Care Finance and Policy*

# Uncompensated Care Pool PFY00 Annual Report

## August 2001

### Louis I. Freedman, Commissioner



Jane Swift, Governor
Commonwealth of Massachusetts

William D. O'Leary, Secretary
Executive Office of Health and Human Services

# Table of Contents

A Word About the Division • v
    Satisfying the Need for Health Care Information  v
    Organizational Structure  vi

Section 1:  Introduction • 1

Section 2:  Uncompensated Care Pool • 3

Section 3:  Sources of Funds • 5
    Hospitals  5
    Surcharge  6
    Surcharge Collections • 6
    General Fund  7
    Other Funding Sources  7
    Additional Funding for Uncompensated Care  7

Section 4:  Uses of Funds • 9
    Interim Uncompensated Care Charges for PFY00  9
    PFY00 Uncompensated Care Pool Calculation  19
    Community Health Center Payments for Uncompensated Care PFY99 and PFY00  19

Section 5:  Demonstration Projects • 21
    Ecu-Health Care, Inc. and Hampshire Health Access  21
    The Massachusetts Fisherman's Partnership, Inc.  21
    Congestive Heart Failure  21
    Demonstration Projects for
      Improving Care and Reducing Costs for Uninsured Individuals  22

066

Section 6:  PFY00 Pool Status • 25
          Projecting Free Care Costs  25

Section 7:  Pool Settlements • 27
          Settlement Process  27
          Update  27

Section 8:  Pool Management Initiatives • 31
          Eligibility  31
          Program Catalog  31
          Data Collection  32
          Pool Services  33

Section 9:  Conclusion • 35

Production Notes • 37

**Division of Health Care Finance and Policy**
**Two Boylston Street**
**Boston, Massachusetts 02116**

**(617) 988-3100  (Phone)**
**(617) 727-7662  (Fax)**

**Web Site: www.state.ma.us/dhcfp**

Staff for this Report:     Christine Ballas, Joe Burton, Mary Byrnes, James Clougher, Delmaude Farrell,
                          Richard Fitzmaurice, Beth LaFortune Gies, Katharine London, Elaine Moore and
                          Thomas Novak

Design, Editing,
Layout and Distribution:   Heather Shannon and Lisa Courtney

**Uncompensated Care Pool PFY00 Annual Report**
Copyright © August 2001 Division of Health Care Finance and Policy

iv

# A Word About the Division

### Satisfying the Need for Health Care Information

The effectiveness of the health care system depends in part upon the availability of applicable information. In order for this system to function properly, purchasers must have accurate and useful information about quality, pricing, supply and available alternatives. Providers need information on the productivity and efficiency of their business operations to develop strategies to improve the effectiveness of the services they deliver. State policy makers need to be advised of the present health care environment, as they consider where policy investigation or action may be appropriate.

As part of its health care information program, the Division of Health Care Finance and Policy publishes reports to meet this need for information. These reports focus

**T**he Division of Health Care Finance and Policy collects, analyzes and disseminates information with the goal of improving the quality, efficiency and effectiveness of the health care delivery system in Massachusetts. In addition, the Division administers the Uncompensated Care Pool, a fund that reimburses Massachusetts acute care hospitals and community health centers for services provided to uninsured and underinsured individuals.

## Mission

The Division's mission is to contribute to the development of policies that improve the delivery and financing of health care in Massachusetts by:

- collecting and analyzing data from throughout the health care delivery system;

- disseminating accurate information and analysis on a timely basis;

- facilitating the use of information among health care purchasers, providers, consumers and policy makers; and

- monitoring free care in the Commonwealth through thoughtful administration of the Uncompensated Care Pool.

068

on various health care policy and market issues.

## Organizational Structure

The Division of Health Care Finance and Policy is an administrative agency within the Executive Office of Health and Human Services. The Commissioner is appointed by the Governor.

The organizational structure is comprised of several distinct groups:

- Health Systems Measurement and Improvement Group

- Health Data Policy Group

- Pricing Policy and Financial Analysis Group

- Audit Compliance and Evaluation Group

Each group is responsible for a different aspect of the agency mission.

### Health Systems Measurement and Improvement Group

The Health Systems Measurement and Improvement Group (HSMIG) works to improve the delivery of health care in Massachusetts by evaluating the changing health care system and providing useful analyses and information to policy makers, health care providers, and purchasers. The group also conducts health services research and policy analysis for a variety of different audiences to improve the delivery and value of care. In recent years, the Group has analyzed and reported on several areas of interest, including preventable hospitalizations, hospital readmissions, health care reform in Massachusetts, trends in HMO premiums and insurance status. The group manages demonstration projects funded through the Uncompensated Care Pool whose goal is to improve health services to uninsured and underinsured persons while reducing the demand on the Pool to finance free care. Finally, the group is charged with providing information to consumers on managed care organizations in Massachusetts.

### Health Data Policy Group

The Health Data Policy Group is (HDPG) charged with the development and appropriate use of Division data bases and is responsible for evaluating health care data management issues across organizations and providing information and reports to providers, plans, researchers and the government.

HDPG is responsible for the collection and release of hospital discharge data and observation stay data. The group is also responsible for managing the release of accurate hospital and nursing home cost and financial data. HDPG, as partners with other organizations, uses these data for projects that involve benchmarking. HDPG develops products that meet anticipated information needs including industry trends, data products and custom reports. As well, HDPG, is responsible for developing and implementing confidentiality and privacy protocols for the use of data. The group conducts research and evaluates new health data policy issues such as national standards for electronic data interchange and privacy legislation.

### Pricing Policy and Financial Analysis Group

The Pricing Policy and Financial Analysis Group develops health care pricing policies, methods and rates which support the procurement of high quality services for public beneficiaries in the most cost-effective manner possible. This group also provides information, analysis and recommendations to policy makers to support their health care financing decisions, and performs specialized analyses of innovative health care financing and purchasing methods.

069

### Audit Compliance and Evaluation Group

The Audit Compliance and Evaluation (ACE) Group examines financial data reported to the Division of Health Care Finance and Policy. The ACE Group performs audit, review, screening and quality control functions that provide the building blocks for the Division's work in developing pricing policies and measurement tools to improve the health care system in Massachusetts.

The Division of Health Care Finance and Policy's support units include Administration, the Information Technology Group, the Office of the General Counsel and the Office of Communications.

### Administration

The Office of the Executive Secretary oversees the agency's budget, regulatory process and personnel.

### Information Technology Group

The Information Technology Group is responsible for managing the Division's computer network and data bases.

### Office of the General Counsel

The Office of the General Counsel litigates administrative appeals filed by providers, analyzes proposed legislation relative to the health care delivery system and provides legal advice to the Commissioner and staff concerning the development and application of regulations, policy positions and pricing information.

### Office of Communications

The Office of Communications performs a wide array of services for the Division. These responsibilities include:

- handling inquiries from the media and other outside parties;

- editing, designing and producing the Division's print publications;

- developing and maintaining the agency's Internet web site;

- editing, designing and producing presentation materials;

- representing the agency at health care conferences; and

- serving as the point of contact for many general inquiries.

This organizational structure reflects the focus of the agency mission and supports the Division's efforts to provide useful information to purchasers, providers, and policy makers.

*A Word About the Division* vii

viii

# Section 1: Introduction

Chapter 47 of the Acts of 1997 requires the Division of Health Care Finance and Policy to file annual reports on the status of the Uncompensated Care Pool (the Pool) with the Executive Office of Health and Human Services and the Joint Committee on Health Care.

This report contains complete information on PFY00 (Pool Fiscal Year 2000) and some information, including budget projections, on PFY01. It contains a significant amount of technical information about the Pool, including an update on the status of the Pool, the sources of funding for uncompensated care in Massachusetts, and the uses of Pool funds. It also contains detailed information on Pool liability to hospitals, information on payments to community health centers, Pool surplus/shortfall analyses, and information on final settlements with hospitals. Finally, this report contains information on current Pool management initiatives.

Calculations contained in this report are based upon the most recently available data from the Division of Health Care Finance and Policy. The Division uses a Pool Fiscal Year (PFY) for its calculations, which corresponds to hospitals' fiscal year (October 1 to September 30). This report contains the most up to date figures available for PFY00. See Section 6 for a discussion of Uncompensated Care Pool expense projections, and Section 7 for a discussion of Pool settlements.

072

2

# Section 2:
# Uncompensated Care Pool

**T**he Uncompensated Care Pool pays for medically necessary services provided by acute care hospitals and community health centers to low-income uninsured and underinsured people. Patients can apply for free care at any acute care hospital or community health center.

The Massachusetts legislature established the Uncompensated Care Pool in 1985 as a financing mechanism to distribute the burden of bad debt and providing free care (together known as "uncompensated care") more equitably among acute care hospitals. The creation of the Pool was intended to help pay for the costs of providing care to the uninsured, and also to eliminate financial disincentives that a hospital might have to providing such care. Since its creation, the Pool has evolved into a key component of the Commonwealth's health care safety net, helping to ensure access to needed health care services for people with no other source of health care coverage.

The Uncompensated Care Pool is only one part of the Commonwealth's network of health care initiatives for low-income uninsured and underinsured individuals. The Division has been careful to manage the Pool to best serve the needs of the people who access health care through the Pool. Our goals are to improve the efficiency and effectiveness of the Pool, while at the same time improving the quality of care and reducing costs. For more information about the Uncompensated Care Pool, please contact the Division of Health Care Finance and Policy at 617-988-3100, or visit our web site at www.state.ma.us/dhcfp.

3

074

4

# Section 3:
# Sources of Funds

Table 1 (below) summarizes the sources and amounts of funding available to the Pool in Pool Fiscal Years 2000 and 2001. Detailed information about these funding sources follows.

### Hospitals

**T**he Uncompensated Care Pool is primarily funded from three sources: an assessment on acute hospitals' private sector charges; a surcharge on payments made to hospitals and ambulatory surgical centers by payers, including HMOs, insurers, and individuals; and an annual appropriation from the Commonwealth's General Fund. Smaller amounts from other sources may also be available in some years.

The total amount paid by all hospitals into the Pool is established by the legislature. Each individual hospital's assessment is calculated by multiplying the hospital's private sector charges by the uniform allowance. The uniform allowance is calculated by dividing the total assessment, $215 million, by the total private sector charges from all hospitals statewide, and is currently approximately 2.681%. (See Table 4 on pages 14-17 for each hospital's annual liability to the Pool.)

## Table 1: Uncompensated Care Funding

|  | PFY00 | PFY01 |
|---|---|---|
| **Statutory Funding** | | |
| Hospital Assessment | $215,000,000 | $215,000,000 |
| Surcharge | $100,000,000 | $100,000,000 |
| General Fund | $30,000,000 | $30,000,000 |
| Total Uncompensated Care Pool Funding | $345,000,000 | $345,000,000 |
| **Other Funds** | | |
| Intergovernmental Funds Transfer (IGT) | $70,000,000 | $70,000,000 |
| Compliance Liability (S.56) Revenues | $15,000,000 | $1,100,000 |
| PFY98 Surplus | $9,000,000 | $2,000,000 |
| Transfer from Medical Security Trust | | $10,000,000 |
| **Total Funds Available for Uncompensated Care** | $439,000,000 | $428,100,000 |

076

## Surcharge

The total amount to be collected via the surcharge is also established by the legislature. The Division of Health Care Finance and Policy sets the surcharge percentage at a level to produce $100 million. If the Division collects more than $100 million in one year, the Division reduces the surcharge percentage in subsequent years. The surcharge percentage was 3.0% for PFY00, is 1.8% for PFY01, and will be 2.15% in PFY02.

In order to develop an effective and equitable surcharge collection system, the Division established a surcharge workgroup to solicit input and advice from interested parties. This group—comprised of HMOs, commercial insurers, the Massachusetts Hospital Association, business and labor representatives, and providers—continues to offer its assistance as the Division looks to make process improvements to the surcharge payment system.

### Surcharge Collections

Over 1000 registered surcharge payers are currently making and reporting monthly payments to the Uncompensated Care Pool. Table 2 (below) lists the top surcharge payers and their contributions. Both providers and payers file reports with the Division of Health Care Finance and Policy. These reports are analyzed to ensure that surcharge payers are paying appropriate surcharge amounts. For example, hospitals and ambulatory surgical centers report possibly unregistered payers so that the Division may initiate appropriate follow-up.

Currently, the Division is developing more automated ways for providers and payers to comply with reporting requirements, which will also assist the Division in its analysis and monitoring responsibilities. The cooperation of payers and providers on all levels has contributed to the Division's successful ongoing administration of the surcharge.

## Table 2: Surcharge Collections

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| BCBSMA | $ 34,013,613 | 33% | $ 36,417,682 | 28% | $ 35,039,318 | 31% |
| HCHP | 17,712,478 | 17% | 21,021,419 | 16% | 16,719,990 | 15% |
| Tufts HMO | 7,604,104 | 7% | 12,690,516 | 10% | 10,526,487 | 9% |
| Unicare Life & Health | 4,860,640 | 5% | 4,824,372 | 4% | 3,949,169 | 4% |
| Aetna | 3,606,572 | 3% | 4,241,184 | 3% | 4,262,566 | 4% |
| Fallon Comm. Health | 3,091,057 | 3% | 3,729,836 | 3% | 2,800,170 | 3% |
| Total Health Plan | 2,858,512 | 3% | 5,425,969 | 4% | 4,593,718 | 4% |
| Connecticut General Life | 2,665,391 | 3% | 2,963,386 | 2% | 3,534,637 | 3% |
| United Health Care | 2,546,102 | 2% | 5,185,364 | 4% | 3,990,077 | 4% |
| Community Health Plan | 1,800,501 | 2% | 2,155,438 | 2% | 1,529,439 | 1% |
| All other | 22,324,679 | 22% | 29,707,856 | 23% | 24,843,539 | 22% |
| Total | $103,083,649 | 100% | $128,363,022 | 100% | $111,789,110 | 100% |

*Partial year - startup

077

**General Fund**

The legislature also appropriates $30 million annually to the Pool. This amount is a portion of the federal matching funds (FFP) generated by the Pool.

**Other Funding Sources**

In addition to these sources, the Uncompensated Care Pool also has access to several other, smaller sources of funding. The Division of Health Care Finance and Policy transferred $15 million of compliance liability funds to the PFY00 Pool, and $1.1 million of compliance liability funds to the PFY01 Pool.

These funds originate from payments made to close out the hospital regulatory system in effect from FY82-FY91. In that system, hospitals that overcharged in one year were directed to lower their charges in a subsequent year. When the regulated system ended, hospitals that overcharged in the final year were directed by St.1991, c.495, §56 to pay a portion of the amount overcharged to the Pool. After this $1.1 million transfer, there will be no funds remaining in the compliance liability trust fund.

In addition, $9 million in surplus funds from the PFY98 Pool was applied to PFY00, and $2 million in surplus funds from the PFY98 Pool was applied to PFY01. M.G.L. c.118G, §18(n) directs the division to "apply such surplus to allowable free care payments for any succeeding fiscal year in which there is a shortfall of pool revenue."

**Additional Funding for Uncompensated Care**

Since state Fiscal Year 1998, the Commonwealth has been able to access an additional $70 million in federal funds annually through an intergovernmental funds transfer (IGT). These funds, which are appropriated each year in the state budget, are paid by the Division of Medical Assistance to Boston Medical Center ($51.8 million) and Cambridge Health Alliance ($18.2 million) at the beginning of the state fiscal year. Free care provided by these two hospitals is funded first from the IGT and the remainder is paid by the Pool. Finally, the FY01 state budget transferred $25 million from the Medical Security Trust Fund to the Pool to eliminate the PFY00 shortfall and offset the PFY01 shortfall (St. 2000, c.159, s.351).

078

## Table 3: Uncompensated Care Charges for PFY00

| | | | |
|---|---|---|---|
| Anna Jaques Hospital | $ 122,667 | $ 1,150,967 | $ 1,273,634 | $ 436,595 |
| Athol Memorial Hospital | (77) | 85,919 | 85,842 | 106,209 |
| Atlanticare Medical Center | 181,403 | 826,373 | 1,007,776 | 2,094,863 |
| Baystate Medical Center | 1,794,408 | 8,459,421 | 10,253,829 | 2,166,632 |
| Berkshire/Hillcrest | 470,396 | 2,282,490 | 2,752,886 | 1,162,126 |
| Beth Israel Deaconess Med Ctr | 1,878,352 | 9,226,806 | 11,105,158 | 2,630,048 |
| Boston Medical Center | 3,488,789 | 47,056,464 | 50,545,253 | 12,199,710 |
| Brigham & Women's Hospital | 3,407,273 | 14,586,047 | 17,993,320 | 2,111,080 |
| Brockton Hospital | 884,595 | 3,154,833 | 4,039,428 | 3,703,014 |
| Cambridge/Somerville Hospital | 3,006,816 | 33,679,885 | 36,686,701 | 3,386,782 |
| Cape Cod Hospital | 1,055,735 | 1,825,199 | 2,880,934 | 1,470,045 |
| Carney Hospital | 1,167,438 | 1,607,400 | 2,774,838 | 1,701,874 |
| Children's Hospital | 1,612,359 | 1,868,677 | 3,481,036 | 433,165 |
| Clinton Hospital | 47,658 | 859,343 | 907,001 | 175,124 |
| Cooley Dickinson Hospital | 260,804 | 919,380 | 1,180,184 | 496,441 |
| Dana-Farber Cancer Institute | - | 280,400 | 280,400 | |
| Deaconess Glover Hospital | (300) | 88,115 | 87,815 | 44,513 |
| Emerson Hospital | 427,174 | 820,896 | 1,248,070 | 358,677 |
| Fairview Hospital | 15,635 | 310,215 | 325,850 | 246,478 |
| Falmouth Hospital | 226,615 | 474,510 | 701,125 | 447,801 |
| Faulkner Hospital | 438,696 | 964,753 | 1,403,449 | 723,251 |
| Franklin Medical Center | 224,996 | 1,021,473 | 1,246,469 | 424,359 |
| Good Samaritan Medical Center | 178,795 | 1,125,706 | 1,304,501 | 1,172,087 |
| Hahnemann Hospital, Inc. | - | 248,379 | 248,379 | |
| Hale Hospital | 297,420 | 312,957 | 610,377 | 1,001,884 |
| Hallmark Health | 786,944 | 2,422,059 | 3,209,003 | 3,467,436 |
| Harrington Memorial Hospital | 167,370 | 546,038 | 713,408 | 432,127 |
| HealthAlliance | 466,896 | 593,595 | 1,060,491 | 935,193 |
| Henry Heywood Memorial Hosp. | 166,469 | 446,274 | 612,743 | 470,728 |
| Holy Family Hospital | 434,954 | 1,541,255 | 1,976,209 | 1,153,400 |
| Holyoke Hospital | 202,260 | 1,062,111 | 1,264,371 | 945,400 |
| Hubbard Regional Hospital | 62,560 | 77,096 | 139,656 | 665,432 |
| JB Thomas Hosp d/b/a THC Boston | - | - | - | |
| Jordan Hospital | 328,043 | 653,902 | 981,945 | 287,117 |
| Lahey Clinic Hospital, Inc. | - | 1,392,470 | 1,392,470 | 203,179 |
| Lawrence General Hospital | 687,501 | 1,552,096 | 2,239,597 | 2,914,215 |
| Lowell General Hospital | 225,314 | 1,249,985 | 1,475,299 | 231,060 |
| Marlborough Hospital | 338,941 | 813,518 | 1,152,459 | 1,038,753 |
| Mary Lane Hospital | 49,731 | 277,907 | 327,638 | 348,770 |
| Mass. Eye & Ear Infirmary | 60,055 | 106,761 | 166,816 | 157,441 |

079

| | | | | |
|---:|---:|---:|---:|---:|
| $ 415,884 | $ 852,479 | $ 559,262 | $ 1,566,851 | $ 2,126,113 |
| 322,091 | 428,300 | 106,132 | 408,010 | 514,142 |
| 1,014,854 | 3,109,717 | 2,276,266 | 1,841,227 | 4,117,493 |
| 3,662,095 | 5,828,727 | 3,961,040 | 12,121,516 | 16,082,556 |
| 1,972,014 | 3,134,140 | 1,632,522 | 4,254,504 | 5,887,026 |
| 17,430,693 | 20,060,741 | 4,508,400 | 26,657,499 | 31,165,899 |
| 106,904,654 | 119,104,364 | 15,688,499 | 153,961,118 | 169,649,617 |
| 12,016,065 | 14,127,145 | 5,518,353 | 26,602,112 | 32,120,465 |
| 5,209,119 | 8,912,133 | 4,587,609 | 8,363,952 | 12,951,561 |
| 61,703,573 | 65,090,355 | 6,393,598 | 95,383,458 | 101,777,056 |
| 1,549,166 | 3,019,211 | 2,525,780 | 3,374,365 | 5,900,145 |
| 898,678 | 2,600,552 | 2,869,312 | 2,506,078 | 5,375,390 |
| 1,912,148 | 2,345,313 | 2,045,524 | 3,780,825 | 5,826,349 |
| 280,160 | 455,284 | 222,782 | 1,139,503 | 1,362,285 |
| 892,544 | 1,388,985 | 757,245 | 1,811,924 | 2,569,169 |
| 1,080,692 | 1,080,692 | - | 1,361,092 | 1,361,092 |
| 153,828 | 198,341 | 44,213 | 241,943 | 286,156 |
| 902,519 | 1,261,196 | 785,851 | 1,723,415 | 2,509,266 |
| 407,614 | 654,092 | 262,113 | 717,829 | 979,942 |
| 829,023 | 1,276,824 | 674,416 | 1,303,533 | 1,977,949 |
| 915,754 | 1,639,005 | 1,161,947 | 1,880,507 | 3,042,454 |
| 1,621,181 | 2,045,540 | 649,355 | 2,642,654 | 3,292,009 |
| 1,835,858 | 3,007,945 | 1,350,882 | 2,961,564 | 4,312,446 |
| - | | | 248,379 | 248,379 |
| 209,195 | 1,211,079 | 1,299,304 | 522,152 | 1,821,456 |
| 1,665,071 | 5,132,507 | 4,254,380 | 4,087,130 | 8,341,510 |
| 660,849 | 1,092,976 | 599,497 | 1,206,887 | 1,806,384 |
| 788,178 | 1,723,371 | 1,402,089 | 1,381,773 | 2,783,862 |
| 521,248 | 991,976 | 637,197 | 967,522 | 1,604,719 |
| 869,964 | 2,023,364 | 1,588,354 | 2,411,219 | 3,999,573 |
| 874,560 | 1,819,960 | 1,147,660 | 1,936,671 | 3,084,331 |
| 336,357 | 1,001,789 | 727,992 | 413,453 | 1,141,445 |
| - | - | - | - | |
| 1,220,649 | 1,507,766 | 615,160 | 1,874,551 | 2,489,711 |
| 679,082 | 882,261 | 203,179 | 2,071,552 | 2,274,731 |
| 2,154,226 | 5,068,441 | 3,601,716 | 3,706,322 | 7,308,038 |
| 982,453 | 1,213,513 | 456,374 | 2,232,438 | 2,688,812 |
| 881,436 | 1,920,189 | 1,377,694 | 1,694,954 | 3,072,648 |
| 569,234 | 918,004 | 398,501 | 847,141 | 1,245,642 |
| 794,952 | 952,393 | 217,496 | 901,713 | 1,119,209 |

## Table 3: Uncompensated Care Charges for PFY00

| | | | | |
|---|---|---|---|---|
| Mass. General Hospital Corp. | $ 3,243,862 | $ 21,277,185 | $ 24,521,047 | $ 4,195,624 |
| Mercy Hospital | 971,901 | 2,848,448 | 3,820,349 | 1,540,210 |
| MetroWest Medical Center, Inc. | 1,193,072 | 2,875,977 | 4,069,049 | 1,514,675 |
| Milford-Whitinsville Hospital | 89,327 | 776,807 | 866,134 | 1,210,934 |
| Milton Hospital | 95,966 | 221,644 | 317,610 | 373,857 |
| Morton Hospital | 124,037 | 742,001 | 866,038 | 1,358,057 |
| Mount Auburn Hospital | 700,064 | 1,791,367 | 2,491,431 | 586,731 |
| Nantucket Cottage Hospital | 127,884 | 157,931 | 285,815 | 190,761 |
| Nashoba Community Hospital | 100,625 | 113,042 | 213,667 | 575,011 |
| New England Baptist Hospital | - | 103,886 | 103,886 | 541 |
| New England Medical Center | 1,162,553 | 6,245,439 | 7,407,992 | 402,353 |
| Newton-Wellesley Hospital | 2,918 | 997,391 | 1,000,309 | 312,090 |
| Noble Hospital | 115,018 | 395,983 | 511,001 | 231,914 |
| North Adams Regional Hosp. | 91,966 | 131,528 | 223,494 | 249,100 |
| Northeast Hospital Corporation | - | 2,064,404 | 2,064,404 | 2,010,183 |
| Norwood Hospital | 449,674 | 884,704 | 1,334,378 | 853,923 |
| Quincy Hospital | 565,284 | 1,160,254 | 1,725,538 | 915,951 |
| Saint Vincent Hospital | 829,907 | 3,697,815 | 4,527,722 | 3,831,828 |
| Saints Memorial | 193,585 | 1,370,978 | 1,564,563 | 818,500 |
| Salem Hospital | 231,097 | 2,591,087 | 2,822,184 | 863,103 |
| South Shore Hospital, Inc. | 364,783 | 960,169 | 1,324,952 | 2,034,536 |
| Southcoast | 400,445 | 4,168,044 | 4,568,489 | 3,117,376 |
| St. Anne's Hospital | 121,101 | 645,155 | 766,256 | 1,311,499 |
| St. Elizabeth's Hospital | 498,874 | 2,517,375 | 3,016,249 | 345,633 |
| Sturdy Memorial Hospital | 114,796 | 394,818 | 509,614 | 452,445 |
| UMass Memorial | 1,712,143 | 12,234,447 | 13,946,590 | 4,756,624 |
| Waltham/Weston Hospital | 425,274 | 862,985 | 1,288,259 | 1,057,773 |
| Winchester Hospital | 193,476 | 457,245 | 650,721 | 740,074 |
| Wing Memorial Hospital | 55,178 | 323,312 | 378,490 | 256,871 |
| **Totals** | 39,339,495 | 218,983,096 | 258,322,591 | 88,051,186 |

Notes:
1. Free care data are based on uncompensated care claims data reported by the hospitals from October 1999 through September 2000.
2. JB Thomas reported no Free Care Charges for Fiscal Year 2000 (October 1999 through September 2000).
3. Bad debt is net of recoveries; therefore some facilities have negative bad debt.
4. All data are unaudited and subject to change with future updates and calculations.

081

| | | | | |
|---|---|---|---|---|
| $ 21,743,686 | $ 25,939,310 | $ 7,439,486 | $ 43,020,871 | $ 50,460,357 |
| 781,311 | 2,321,521 | 2,512,111 | 3,629,759 | 6,141,870 |
| 3,633,452 | 5,148,127 | 2,707,747 | 6,509,429 | 9,217,176 |
| 960,549 | 2,171,483 | 1,300,261 | 1,737,356 | 3,037,617 |
| 126,788 | 500,645 | 469,823 | 348,432 | 818,255 |
| 1,899,558 | 3,257,615 | 1,482,094 | 2,641,559 | 4,123,653 |
| 1,445,756 | 2,032,487 | 1,286,795 | 3,237,123 | 4,523,918 |
| 313,449 | 504,210 | 318,645 | 471,380 | 790,025 |
| 194,512 | 769,523 | 675,636 | 307,554 | 983,190 |
| 130,276 | 130,817 | 541 | 234,162 | 234,703 |
| 7,485,500 | 7,887,853 | 1,564,906 | 13,730,939 | 15,295,845 |
| 409,292 | 721,382 | 315,008 | 1,406,683 | 1,721,691 |
| 568,550 | 820,464 | 346,932 | 984,533 | 1,331,465 |
| 362,519 | 611,619 | 341,066 | 494,047 | 835,113 |
| 3,858,508 | 5,868,691 | 2,010,183 | 5,922,912 | 7,933,095 |
| 631,262 | 1,485,185 | 1,303,597 | 1,515,966 | 2,819,563 |
| 1,147,404 | 2,063,355 | 1,481,235 | 2,307,658 | 3,788,893 |
| 2,111,654 | 5,943,482 | 4,661,735 | 5,809,469 | 10,471,204 |
| 1,964,057 | 2,782,557 | 1,012,085 | 3,335,035 | 4,347,120 |
| 3,077,572 | 3,940,675 | 1,094,200 | 5,668,659 | 6,762,859 |
| 1,013,888 | 3,048,424 | 2,399,319 | 1,974,057 | 4,373,376 |
| 4,781,263 | 7,898,639 | 3,517,821 | 8,949,307 | 12,467,128 |
| 971,247 | 2,282,746 | 1,432,600 | 1,616,402 | 3,049,002 |
| 1,220,630 | 1,566,263 | 844,507 | 3,738,005 | 4,582,512 |
| 973,589 | 1,426,034 | 567,241 | 1,368,407 | 1,935,648 |
| 6,682,577 | 11,439,201 | 6,468,767 | 18,917,024 | 25,385,791 |
| 484,625 | 1,542,398 | 1,483,047 | 1,347,610 | 2,830,657 |
| 623,132 | 1,363,206 | 933,550 | 1,080,377 | 2,013,927 |
| 737,473 | 994,344 | 312,049 | 1,060,785 | 1,372,834 |
| | | | | |
| 307,491,740 | 395,542,926 | 127,390,681 | 526,474,836 | 653,865,517 |

## Table 4: Summary of PFY00 Uncompensated Care Pool Calculation

| | | | | | |
|---|---|---|---|---|---|
| Anna Jaques Hospital | $ 51,597,541 | 2.681% | $ 1,383,311 | $ 2,126,113 | 55.06% |
| Athol Memorial Hospital | 7,768,115 | 2.681% | 208,260 | 514,142 | 62.96% |
| Atlanticare Medical Center | 44,625,575 | 2.681% | 1,196,396 | 4,117,493 | 48.47% |
| Baystate Medical Center | 292,484,115 | 2.681% | 7,841,394 | 16,082,556 | 55.31% |
| Berkshire/Hillcrest | 79,023,656 | 2.681% | 2,118,596 | 5,887,026 | 60.04% |
| Beth Israel Deaconess Med Ctr | 589,019,481 | 2.681% | 15,791,400 | 31,165,899 | 53.92% |
| Boston Medical Center | 158,956,327 | 2.681% | 4,261,562 | 169,649,617 | 75.00% |
| Brigham & Women's Hospital | 645,510,049 | 2.681% | 17,305,892 | 32,120,465 | 40.03% |
| Brockton Hospital | 74,292,697 | 2.681% | 1,991,760 | 12,951,561 | 51.53% |
| Cambridge/Somerville Hospital | 31,504,948 | 2.681% | 844,636 | 101,777,056 | 79.27% |
| Cape Cod Hospital | 80,076,452 | 2.681% | 2,146,821 | 5,900,145 | 68.41% |
| Carney Hospital | 36,360,073 | 2.681% | 974,800 | 5,375,390 | 62.41% |
| Children's Hospital | 400,814,940 | 2.681% | 10,745,704 | 5,826,349 | 63.41% |
| Clinton Hospital | 6,636,141 | 2.681% | 177,913 | 1,362,285 | 49.30% |
| Cooley Dickinson Hospital | 40,331,016 | 2.681% | 1,081,260 | 2,569,169 | 59.31% |
| Dana-Farber Cancer Institute | 136,015,775 | 2.681% | 3,646,534 | 1,361,092 | 69.60% |
| Deaconess Glover Hospital | 21,960,802 | 2.681% | 588,761 | 286,156 | 42.37% |
| Emerson Hospital | 139,921,411 | 2.681% | 3,751,243 | 2,509,266 | 40.79% |
| Fairview Hospital | 12,793,093 | 2.681% | 342,978 | 979,942 | 53.20% |
| Falmouth Hospital | 47,809,789 | 2.681% | 1,281,763 | 1,977,949 | 58.69% |
| Faulkner Hospital | 69,433,379 | 2.681% | 1,861,484 | 3,042,454 | 48.22% |
| Franklin Medical Center | 41,012,095 | 2.681% | 1,099,519 | 3,292,009 | 52.88% |
| Good Samaritan Medical Center | 65,408,684 | 2.681% | 1,753,583 | 4,312,446 | 49.64% |
| Hahnemann Hospital, Inc. | 7,914,133 | 2.681% | 212,175 | 248,379 | 53.54% |
| Hale Hospital | 25,957,085 | 2.681% | 695,900 | 1,821,456 | 54.13% |
| Hallmark Health | 141,367,875 | 2.681% | 3,790,022 | 8,341,510 | 57.84% |
| Harrington Memorial Hospital | 30,861,136 | 2.681% | 827,376 | 1,806,384 | 62.32% |
| HealthAlliance | 66,925,611 | 2.681% | 1,794,252 | 2,783,862 | 51.24% |
| Henry Heywood Memorial Hosp. | 43,008,514 | 2.681% | 1,153,043 | 1,604,719 | 43.87% |
| Holy Family Hospital | 80,979,658 | 2.681% | 2,171,035 | 3,999,573 | 44.89% |
| Holyoke Hospital | 41,884,975 | 2.681% | 1,122,921 | 3,084,331 | 48.11% |
| Hubbard Regional Hospital | 13,754,276 | 2.681% | 368,747 | 1,141,445 | 49.68% |
| JB Thomas Hosp d/b/a THC Boston | 2,667,353 | 2.681% | 71,511 | - | 53.54% |
| Jordan Hospital | 70,000,842 | 2.681% | 1,876,697 | 2,489,711 | 48.53% |
| Lahey Clinic Hospital, Inc. | 271,052,333 | 2.681% | 7,266,815 | 2,274,731 | 53.85% |
| Lawrence General Hospital | 57,062,854 | 2.681% | 1,529,835 | 7,308,038 | 52.39% |
| Lowell General Hospital | 96,416,747 | 2.681% | 2,584,898 | 2,688,812 | 41.59% |
| Marlborough Hospital | 33,767,075 | 2.681% | 905,283 | 3,072,648 | 42.79% |
| Mary Lane Hospital | 16,217,783 | 2.681% | 434,733 | 1,245,642 | 50.34% |
| Mass. Eye & Ear Infirmary | 67,847,624 | 2.681% | 1,818,970 | 1,119,209 | 70.12% |

14

083

| | | | | | |
|---|---|---|---|---|---|
| $ 1,170,638 | $ - | $ 1,170,638 | $ 79,568 | $ 1,091,070 | ($ 292,242) |
| 323,704 | - | 323,704 | 22,269 | 301,435 | 93,175 |
| 1,995,749 | - | 1,995,749 | 97,656 | 1,898,093 | 701,698 |
| 8,895,262 | - | 8,895,262 | 499,650 | 8,395,612 | 554,218 |
| 3,534,570 | - | 3,534,570 | 201,397 | 3,333,174 | 1,214,578 |
| 16,804,653 | - | 16,804,653 | 820,140 | 15,984,513 | 193,113 |
| 127,237,213 | 51,800,000 | 75,437,213 | 757,244 | 74,679,969 | 70,418,407 |
| 12,857,822 | - | 12,857,822 | 775,358 | 12,082,464 | (5,223,428) |
| 6,673,939 | - | 6,673,939 | 138,241 | 6,535,698 | 4,543,938 |
| 80,678,672 | 18,200,000 | 62,478,672 | 271,036 | 62,207,636 | 61,363,000 |
| 4,036,289 | - | 4,036,289 | 206,769 | 3,829,520 | 1,682,699 |
| 3,354,781 | - | 3,354,781 | 134,788 | 3,219,992 | 2,245,192 |
| 3,694,488 | - | 3,694,488 | 413,143 | 3,281,345 | (7,464,359) |
| 671,607 | - | 671,607 | 16,039 | 655,567 | 477,655 |
| 1,523,774 | - | 1,523,774 | 79,759 | 1,444,015 | 362,755 |
| 947,320 | - | 947,320 | 125,926 | 821,394 | (2,825,140) |
| 121,244 | - | 121,244 | 31,190 | 90,054 | (498,707) |
| 1,023,530 | - | 1,023,530 | 107,043 | 916,487 | (2,834,756) |
| 521,329 | - | 521,329 | 20,592 | 500,737 | 157,759 |
| 1,160,858 | - | 1,160,858 | 72,191 | 1,088,667 | (193,096) |
| 1,467,071 | - | 1,467,071 | 91,244 | 1,375,827 | (485,656) |
| 1,740,814 | - | 1,740,814 | 82,300 | 1,658,514 | 558,995 |
| 2,140,698 | - | 2,140,698 | 127,649 | 2,013,049 | 259,466 |
| 132,982 | - | 132,982 | 33,691 | 99,291 | (112,884) |
| 985,954 | - | 985,954 | 59,096 | 926,858 | 230,958 |
| 4,824,729 | - | 4,824,729 | 342,453 | 4,482,277 | 692,255 |
| 1,125,739 | - | 1,125,739 | 57,289 | 1,068,450 | 241,074 |
| 1,426,451 | - | 1,426,451 | 105,297 | 1,321,153 | (473,098) |
| 703,990 | - | 703,990 | 55,736 | 648,255 | (504,788) |
| 1,795,408 | - | 1,795,408 | 108,555 | 1,686,853 | (484,183) |
| 1,483,872 | - | 1,483,872 | 88,675 | 1,395,197 | 272,276 |
| 567,070 | - | 567,070 | 24,499 | 542,571 | 173,824 |
| - | - | - | | - | (71,511) |
| 1,208,257 | - | 1,208,257 | 103,149 | 1,105,107 | (771,590) |
| 1,224,943 | - | 1,224,943 | 357,054 | 867,889 | (6,398,926) |
| 3,828,681 | - | 3,828,681 | 121,326 | 3,707,355 | 2,177,520 |
| 1,118,277 | - | 1,118,277 | 110,400 | 1,007,877 | (1,577,022) |
| 1,314,786 | - | 1,314,786 | 41,541 | 1,273,245 | 367,962 |
| 627,056 | - | 627,056 | 23,537 | 603,519 | 168,726 |
| 784,789 | - | 784,789 | 84,219 | 700,571 | (1,118,400) |

Uses of Funds  15

084

## Table 4: Summary of PFY00 Uncompensated Care Pool Calculation

| | | | | | |
|---|---|---|---|---|---|
| Mass. General Hospital Corp. | $ 791,424,992 | 2.681% | $ 21,217,819 | $ 50,460,357 | 38.98% |
| Mercy Hospital | 72,607,836 | 2.681% | 1,946,590 | 6,141,870 | 43.66% |
| Metrowest Medical Center, Inc. | 194,825,186 | 2.681% | 5,223,193 | 9,217,176 | 39.40% |
| Milford-Whitinsville Hospital | 84,338,499 | 2.681% | 2,261,085 | 3,037,617 | 40.02% |
| Milton Hospital | 27,825,257 | 2.681% | 745,985 | 818,255 | 53.64% |
| Morton Hospital | 92,373,781 | 2.681% | 2,476,508 | 4,123,653 | 47.77% |
| Mount Auburn Hospital | 117,577,491 | 2.681% | 3,152,210 | 4,523,918 | 46.15% |
| Nantucket Cottage Hospital | 8,505,131 | 2.681% | 228,019 | 790,025 | 85.05% |
| Nashoba Community Hospital | 19,472,646 | 2.681% | 522,055 | 983,190 | 60.08% |
| New England Baptist Hospital | 99,665,508 | 2.681% | 2,671,996 | 234,703 | 49.60% |
| New England Medical Center | 360,156,937 | 2.681% | 9,655,678 | 15,295,845 | 42.54% |
| Newton-Wellesley Hospital | 159,407,611 | 2.681% | 4,273,661 | 1,721,691 | 48.47% |
| Noble Hospital | 25,981,464 | 2.681% | 696,554 | 1,331,465 | 48.89% |
| North Adams Regional Hosp. | 20,028,057 | 2.681% | 536,945 | 835,113 | 55.63% |
| Northeast Hospital Corporation | 120,941,791 | 2.681% | 3,242,406 | 7,933,095 | 50.79% |
| Norwood Hospital | 82,359,532 | 2.681% | 2,208,029 | 2,819,563 | 61.15% |
| Quincy Hospital | 42,060,808 | 2.681% | 1,127,635 | 3,788,893 | 58.45% |
| Saint Vincent Hospital | 142,634,910 | 2.681% | 3,823,991 | 10,471,204 | 47.99% |
| Saints Memorial | 59,381,192 | 2.681% | 1,591,988 | 4,347,120 | 41.94% |
| Salem Hospital | 98,915,615 | 2.681% | 2,651,892 | 6,762,659 | 58.31% |
| South Shore Hospital, Inc. | 149,466,276 | 2.681% | 4,007,137 | 4,373,376 | 59.14% |
| Southcoast | 194,163,304 | 2.681% | 5,205,448 | 12,467,128 | 56.17% |
| St. Anne's Hospital | 48,467,224 | 2.681% | 1,299,389 | 3,049,002 | 44.08% |
| St. Elizabeth's Hospital | 112,742,973 | 2.681% | 3,022,598 | 4,582,512 | 48.27% |
| Sturdy Memorial Hospital | 64,094,606 | 2.681% | 1,718,353 | 1,935,648 | 55.38% |
| UMass Memorial | 480,671,811 | 2.681% | 12,886,638 | 25,385,791 | 52.56% |
| Waltham/Weston Hospital | 53,466,506 | 2.681% | 1,433,418 | 2,830,657 | 48.12% |
| Winchester Hospital | 139,304,262 | 2.681% | 3,734,697 | 2,013,927 | 48.57% |
| Wing Memorial Hospital | 15,600,296 | 2.681% | 418,238 | 1,372,834 | 67.67% |
| **Totals** | **8,019,503,530** | **2.681%** | **215,000,000** | **653,865,517** | |

Notes:
1. Private Sector Charges and Free Care data are based on uncompensated care claims data reported by the hospitals for October 1999 through September 2000.
2. Cost to Charge Ratios are from the Preliminary Settlement PFY00 calculation.
3. All data are unaudited and subject to change with future updates and calculations.

085

| | | | | | |
|---|---|---|---|---|---|
| $ 19,669,447 | - | $ 19,669,447 | $ 901,703 | $ 18,767,744 | (S 2,450,075) |
| 2,681,540 | - | 2,681,540 | 169,426 | 2,512,114 | 565,524 |
| 3,631,567 | - | 3,631,567 | 211,231 | 3,420,336 | (1,802,857) |
| 1,215,654 | - | 1,215,654 | 85,918 | 1,129,736 | (1,131,348) |
| 438,912 | - | 438,912 | 56,297 | 382,615 | (363,370) |
| 1,969,869 | - | 1,969,869 | 106,651 | 1,863,218 | (613,290) |
| 2,087,788 | - | 2,087,788 | 172,324 | 1,915,465 | (1,236,746) |
| 671,916 | - | 671,916 | 15,234 | 656,682 | 428,663 |
| 590,701 | - | 590,701 | 34,604 | 556,096 | 34,042 |
| 116,413 | - | 116,413 | 116,413 | - | (2,671,996) |
| 6,506,852 | - | 6,506,852 | 446,388 | 6,060,465 | (3,595,213) |
| 834,504 | - | 834,504 | 213,148 | 621,355 | (3,652,305) |
| 650,953 | - | 650,953 | 43,113 | 607,840 | (88,714) |
| 464,573 | - | 464,573 | 50,266 | 414,307 | (122,638) |
| 4,029,219 | - | 4,029,219 | 183,217 | 3,846,002 | 603,596 |
| 1,724,163 | - | 1,724,163 | 110,115 | 1,614,048 | (593,981) |
| 2,214,608 | - | 2,214,608 | 121,905 | 2,092,703 | 965,068 |
| 5,025,131 | - | 5,025,131 | 202,868 | 4,822,262 | 998,272 |
| 1,823,182 | - | 1,823,182 | 114,877 | 1,708,305 | 116,316 |
| 3,943,423 | - | 3,943,423 | 197,780 | 3,745,643 | 1,093,751 |
| 2,586,415 | - | 2,586,415 | 243,103 | 2,343,312 | (1,663,825) |
| 7,002,786 | - | 7,002,786 | 444,078 | 6,558,707 | 1,353,259 |
| 1,344,000 | - | 1,344,000 | 89,859 | 1,254,141 | (45,248) |
| 2,211,979 | - | 2,211,979 | 280,210 | 1,931,769 | (1,090,830) |
| 1,071,962 | - | 1,071,962 | 82,542 | 989,420 | (728,933) |
| 13,342,772 | - | 13,342,772 | 706,364 | 12,636,408 | (250,230) |
| 1,362,112 | - | 1,362,112 | 86,987 | 1,275,125 | (158,293) |
| 978,164 | - | 978,164 | 132,577 | 845,588 | (2,889,109) |
| 928,997 | - | 928,997 | 41,704 | 887,293 | 469,054 |
| 396,848,612 | 70,000,000 | 326,848,612 | 12,548,612 | 314,300,000 | 99,300,000 |

086

## Table 5:  Community Health Center Payments for Uncompensated Care Pool Fiscal Years 1999 and 2000

| Community Health Center | PFY99 | PFY00 | Difference | % Change |
|---|---|---|---|---|
| Boston Health Care for the Homeless | $ 47,306 | $ 227,452 | $ 180,146 | 380.81% |
| Brockton Neighborhood Health Center | 790,138 | 728,919 | -61,219 | -7.75% |
| Dimock Community Developmental Service Center | 102,752 | 212,754 | 110,002 | 107.06% |
| Family Health and Social Service Center | 767,942 | 782,564 | 14,622 | 1.90% |
| Fenway Community Health Center | 67,810 | 110,716 | 42,906 | 63.27% |
| Geiger-Gibson Health Center | 376,675 | 395,084 | 18,409 | 4.89% |
| Great Brook Valley Health Center | 1,047,527 | 1,808,275 | 760,748 | 72.62% |
| Greater Lawrence Health Center | 1,001,016 | 1,171,410 | 170,394 | 17.02% |
| Greater New Bedford Community Health Center | 1,018,567 | 936,572 | -81,995 | -8.05% |
| Harvard St. Neighborhood Health Center | 1,181,811 | 919,353 | -262,458 | -22.21% |
| Health First Family Care Center, Inc. | 379,905 | 247,332 | -132,573 | -34.90% |
| Hilltown Community Health Center | 97,071 | 153,663 | 56,592 | 58.30% |
| Holyoke Health Center | 293,264 | 353,977 | 60,713 | 20.70% |
| Joseph Smith Community Health Center | 618,089 | 733,277 | 115,188 | 18.64% |
| Justice Resource Institute | 8,503 | 8,621 | 118 | 1.39% |
| Lowell Community Health Center | 504,303 | 531,706 | 27,403 | 5.43% |
| Lynn Community Health Center | 578,135 | 738,255 | 160,120 | 27.70% |
| Manet Community Health Center | 624,366 | 605,148 | -19,218 | -3.08% |
| Mattapan Community Health Center | 940,110 | 885,114 | -54,996 | -5.85% |
| Neponset Health Center | 486,764 | 512,160 | 25,396 | 5.22% |
| North End Community Health Center | 157,605 | 136,250 | -21,355 | -13.55% |
| North Shore Community Health Center | 280,361 | 353,270 | 72,909 | 26.01% |
| O'Neill Health Clinic, Inc. | 0 | 9,634 | 9,634 | |
| Outer Cape Health Services, Inc. | 349,158 | 324,464 | -24,694 | -7.07% |
| Roxbury Comprehensive Community Health Center | 701,255 | 722,212 | 20,957 | 2.99% |
| South Cove Community Health Center | 635,547 | 610,906 | -24,641 | -3.88% |
| South End Community Health Center | 345,970 | 214,129 | -131,841 | -38.11% |
| Springfield Southwest Community Health Center | 331,810 | 339,974 | 8,164 | 2.46% |
| 'Stanley St. Treatment and Resource Center | 139,223 | 112,315 | -26,908 | -19.33% |
| Uphams Corner Community Health Center | 278,662 | 436,336 | 157,674 | 56.58% |
| Whittier St. Neighborhood Health Center | 339,959 | 414,156 | 74,197 | 21.83% |
| **TOTAL** | **$14,491,604** | **$15,735,998** | **$1,244,394** | **8.59%** |

18

087

gency bad debt. These data are reported for both inpatient and outpatient uncompensated care services. Partial free care and medical hardship together make up approximately 1.5% of the Pool, and are included in Table 3 (on pages 10-13) under "free care."

## PFY00 Uncompensated Care Pool Calculation

As shown in Table 4 (on pages 14-17), each hospital's annual gross liability to the Pool (column C) is based on its private sector charges (column A), which it reports to the Division. Because each hospital's liability is based on its private sector charges, hospitals that treat more private patients make larger payments to the Pool. Each month, the Division calculates a uniform percentage sufficient to generate $215 million in annual Pool funding. This percentage is currently 2.681% (column B).

Each hospital is paid for its uncompensated care based on its reasonable costs and the availability of funding. Hospitals report their free care charges to the Division (column D). The Division adjusts the free care charges using the ratio of each hospital's reasonable costs to charges (column E), calculated by the Division based on each hospital's mark-up of charges over costs and its efficiency relative to other hospitals. The result of this adjustment is the hospital's allowable free care costs (column F).

Hospitals that receive payments for free care through an intergovernmental funds transfer (IGT) (column G) use those funds before accessing the Pool to cover any remaining free care costs (column H). When there is a shortfall (when there is insufficient funding in the Pool to pay providers for the uncompensated care they provide), the shortfall is allocated so that hospitals with a greater proportional requirement for Pool funds receive a greater proportional share of Pool payments (column I). The shortfall allocation is applied to the provider's allowable free care costs to calculate the hospital's annual gross liability from the Pool (column J). This table shows a PFY00 shortfall that is expected to be reduced at preliminary settlement.

Finally, for informational purposes, Table 4 includes each hospital's net annual liability to or from the Pool, calculated by subtracting the hospital's gross liability to the Pool from its gross liability from the Pool (column K). However, hospitals make and receive payments based on the gross amounts.

## Community Health Center Payments for Uncompensated Care PFY99 and PFY00

Community health centers are paid by the Pool for the free care services they provide according to the center's 1995 Federally Qualified Health Center (FQHC) rate, or, in the case of a non-FQHC approved health center, a rate based upon a substitute annual cost report in the same format (see Table 5 on page 18).

088

20

# Section 5:
# Demonstration Projects

C hapter 47 authorized the Division to allocate up to $10 million of Pool funds per fiscal year for demonstration projects designed to demonstrate alternative approaches to improve health care and reduce costs for the uninsured and underinsured. Chapter 47 designated specific funds for three programs: the Ecu-Health Care project, the Hampshire Health Access project, and the Massachusetts Fishermen's Partnership, Inc. The Division funded 11 additional demonstrations in PFY00. Table 6 on page 22 shows the disbursement of Pool funds to these projects.

## Ecu-Health Care, Inc. and Hampshire Health Access

The Division of Health Care Finance and Policy provides $40,000 annually in Uncompensated Care Pool funds to the Ecu-Health Care project in North Adams and to the Hampshire Health Access project in Northampton. These programs help link local residents to affordable and accessible health care by assessing their eligibility for state programs such as MassHealth and the Children's Medical Security Plan (CMSP). If applicants are not eligible for a state program, they are referred to local physicians who have agreed to treat patients at a reduced or no charge.

## The Massachusetts Fishermen's Partnership, Inc.

The Fishing Partnership Health Plan (FPHP) offers fisherman and their families the opportunity to purchase health insurance at a reduced rate, made possible through subsidized premiums provided by state and federal appropriations. The FPHP contracts with Tufts Health Plan and offers fishermen and their families a comprehensive benefit package that includes access to Tufts' network of providers, mental health services, and pharmacy coverage. All fishermen, regardless of health status or current insurance coverage, may enroll in the plan. Those who cannot afford the monthly premium—which ranged from $120 to $645 during PFY00—are referred to MassHealth. Over 1,200 fishermen and their family members are currently enrolled.

The FPHP is a freestanding trust fund that operates separately from the two primary sponsoring organizations: Caritas Christi Health Care System and the Massachusetts Fishermen's Partnership, Inc. It is funded by the U.S. Department of Commerce and $2 million of Pool funds for each of five years, and bears all financial risk for the program.

## Congestive Heart Failure

Congestive heart failure (CHF) adversely affects the quality of life of many uninsured individuals and results in high per-person costs billed to the Pool. Many of the associated hospitalizations (and therefore, costs) are preventable with appropriate ambulatory care. The four program sites— Baystate Medical Center, Boston Medical Center, Brigham and Women's Hospital,

090

## Table 6: PFY00 Pool Payments to Demonstration Projects

| | PFY00 Budget Projection | PFY00 Amounts Incurred |
|---|---|---|
| **Mandated Projects** | | |
| Ecu-Health Care, Inc. | $40,000 | $40,000 |
| Hampshire Community Action Commission | $40,000 | $40,000 |
| Fishing Partnership Health Plan Corporation | $2,000,000 | $2,000,000 |
| **Congestive Heart Failure Projects** | | |
| Baystate Medical Center | $300,000 | $244,757 |
| Boston Medical Center | $300,000 | $278,223 |
| Brigham & Women's Hospital | $150,000 | $81,492 |
| Cambridge Health Alliance | $299,829 | $281,230 |
| **Demonstrations for Underinsured and Uninsured Individuals** | | |
| Boston Health Care for the Homeless | $371,571 | $330,266 |
| Boston Public Health Commission | $364,857 | $260,956 |
| Falmouth Free Clinic | $128,443 | $137,327 |
| Family Health Center | $328,017 | $16,973 |
| Great Brook Valley Health Center | $393,630 | $332,488 |
| Lynn Community Health Center | $261,932 | $180,419 |
| South Cove Community Health Center | $116,662 | $80,475 |
| **Total** | **$5,094,941** | **$4,304,606** |

and Cambridge Health Alliance—are in their third year. To date, the Division has awarded about $2 million to fund these demonstrations, and about 200 patients have participated. The goals of these programs are to reduce CHF-related hospitalizations, reduce the need for frequent urgent care visits, and improve patient care. The programs focus on active case management of patients, including weight monitoring, counseling in nutrition and diet, and providing a reliable source of medications.

**Demonstration Projects for Improving Care and Reducing Costs for Uninsured Individuals**

In the Fall of 1999, the Division began funding seven programs developed to achieve at least one of three related goals: reduce preventable hospitalizations by providing primary care for patients with ambulatory care sensitive conditions; improve coordination of care for patients with multiple or chronic conditions; and provide

091

services in a more efficient or appropriate manner. The programs employ strategies and protocols tailored to the unique characteristics of the uninsured. Program activities include efforts to modify patients' behaviors so they can better manage their diseases, provision of pharmaceuticals, and coordinating care among health care providers.

### Boston Health Care for the Homeless Program

This program targets some of Boston's most vulnerable: homeless individuals with chronic illnesses or urgent health care needs.

### Boston Public Health Commission

Boston's Public Health agency is working with three affiliated programs and targeting selected uninsured individuals in an effort to improve health outcomes and increase participation in various health programs.

### Falmouth Free Clinic

Most of the clinical staff for this demonstration is volunteer. They offer mental health and primary care services to uninsured individuals in the Falmouth area. The clinic has developed a formulary comprising low-cost available medications for prevalent chronic diseases.

### Family Health Center

Family Health Center's disease- and case-management program began its program in September of 2000. The program had no enrollees in PFY00.

### Great Brook Valley Community Health Center

Great Brook Valley Community Health Center is using demonstration funds to continue its asthma and diabetes case management programs. Staff members are also case managing individuals diagnosed with other chronic illnesses such as hypertension and congestive heart failure.

### Lynn Community Health Center

Lynn's pharmacy demonstration works with a neighborhood pharmacy, with the Public Health Service's drug purchasing program, and with free samples provided by drug companies to provide prescription medications to individuals who otherwise have no access to them. The project had approximately 1600 active participants as of January 2001.

### South Cove Community Health Center

The Chinatown-based South Cove Community Health Center primarily serves Asians who live in the community. The demonstration program offers health education workshops, and makes use of translators to help uninsured individuals obtain access to needed care and to negotiate the health care system, which may be very different than the systems in their countries of origin.

092

24

# Section 6:
# PFY00 Pool Status

**T**he Division of Health Care Finance and Policy projects free care costs and Uncompensated Care Pool shortfalls or surpluses on a regular basis. Table 7 on page 26 shows the sources and uses of funds for uncompensated care for PFY99 and the final surplus, and the Division's projections for PFY00 and PFY01.

## Projecting Free Care Costs

Projecting free care costs is extremely difficult because of the many factors that can affect final amounts. These factors are discussed below.

First, the Pool is the payer of last resort. The Pool pays for any medically necessary service provided by an acute hospital or community health center to a low-income uninsured or underinsured person that is not covered by another payer. Therefore, if there are any changes in enrollment or services covered by any other public or private payer, the changes will affect the Pool. Changes in other programs, such as MassHealth, often are not announced publicly until after they have taken effect, and even then, it is very difficult to quantify the direct impact that the change will have on the Pool.

Second, because most private insurance is accessed through employment, changes in employment levels, types of employees hired (full-time versus contracted or part-time), and/or the level of benefits offered will affect the Pool.

Third, the Pool is required by law to pay providers on a fee-for-service basis. If the amount a provider bills to the Pool increases by 50% in a particular month, the Pool must reimburse the hospital for the increased amount. A provider may bill higher amounts for many reasons: expanded services, increased volume, an epidemic, installation of a new billing system, and so on.

Finally, the Pool is not a program, and it does not enroll members. The Division cannot project costs based on enrollment per member per month (PMPM) multiplied by cost per member per month as health plans do. Because people generally apply for free care after they have received a service, the Pool cannot implement pre-admission certifications and other methods of utilization review. As a result, the Division does not get advance warning of high-cost procedures being billed to the Pool.

094

## Table 7: Uncompensated Care: Sources and Uses of Funds
(in millions)

| | PFY98* | PFY99* | PFY00** | PFY01** |
|---|---|---|---|---|
| **Sources of Funds** | | | | |
| Uncompensated Care Pool | | | | |
| Hospital Assessment | $215.0 | $215.0 | $215.0 | $215.0 |
| Surcharge on Payments to Hospitals | 100.0 | 100.0 | 100.0 | 100.0 |
| State Appropriation | 30.0 | 30.0 | 30.0 | 30.0 |
| Total Uncompensated Care Pool | 345.0 | 345.0 | 345.0 | 345.0 |
| | | | | |
| Other Funds | | | | |
| Intergovernmental Transfer (IGT) | 70.0 | 70.0 | 70.0 | 70.0 |
| c.495 §56 Compliance Liability Funds | 4.0 | - | 15.0 | 1.1 |
| Prior Fiscal Year Surplus Transfer | - | - | 9.0 | 2.0 |
| Transfer from Medical Security Trust Fund | | | 15.0 | 10.0 |
| | | | | |
| Total Uncompensated Care Funds Available | 419.0 | 415.0 | 454.0 | 428.1 |
| **Uses of Funds** | | | | |
| Payments | | | | |
| Hospital Free Care Costs | 390.0 | 381.9 | 395.7 | 411.3 |
| Community Health Center Free Care Costs | 16.5 | 14.5 | 15.8 | 16.1 |
| Demonstration Projects | 3.0 | 3.3 | 5.2 | 9.0 |
| Transfer to Children's & Seniors' Health Care Assistance Fund | - | 11.8 | 46.3 | 57.8 |
| Audit Adjustments | | | -3.9 | -4.2 |
| Reserves | | | | |
| Doubtful Accounts - Hospitals | - | - | | 1.0 |
| Doubtful Accounts - Surcharge Payers | - | - | | 0.3 |
| Data Collection | - | 3.0 | 2.0 | 2.8 |
| Surcharge Expenses | - | - | - | |
| Other Reserves | 0.5 | - | - | |
| | | | | |
| **Total Uses of Funds** | **410.0** | **414.5** | **461.1** | **494.1** |
| | | | | |
| **(Shortfall) / Surplus** | **9.0** | **0.6** | **(7.1)** | **(66.0)** |

\* *PFY98 and PFY99 data is as of Preliminary Settlement.*
\*\* *This is a projection. The final shortfall/surplus estimate can be higher or lower by up to 5%, depending upon the assumptions.*

26

095

# Section 7:
# Pool Settlements

**T**he Uncompensated Care Pool makes monthly payments to hospitals and hospitals make monthly payments to the Pool on an estimated basis. The Division of Health Care Finance and Policy calculates the payment amounts based on a rolling average of each hospital's most recently reported 12 months of free care and private sector charges, adjusted for industry trends.

### Settlement Process

As required by M.G.L. c.118G, §18(h), the Division calculates the final payment amounts to and from the Pool after all hospitals' final audited Pool year data are available. The final payments made based on this final calculation are referred to as the final settlement of the Pool year.

At final settlement, a hospital pays the Pool or the Pool pays the hospital the difference between amounts that were paid previously and the actual amount that should have been paid based on final data. Factors that would cause the final payment to differ from the initial estimated payment include a change in the amount of free care provided by the particular hospital or by all hospitals statewide, a change in the hospital's mark-up of charges over costs, a change in the hospital's overall payer mix, audit adjustments, and a change in the total funding available for uncompensated care statewide.

Final settlements cannot be completed until final audited free care charges, private sector charges, total charges, and total patient care costs are available for all hospitals. It often takes several years to resolve all outstanding audit issues for all hospitals, and as a result final settlements are often delayed.

In order to ensure that as little money as possible is held up until final settlement, the Division of Health Care Finance and Policy also conducts preliminary settlements. The Division conducts a preliminary settlement as soon as 12 full months of free care charges and private sector charges are available for the Pool year, as well as an updated cost to charge ratio. Conducting preliminary settlements helps prevent the need to transfer large unexpected dollar amounts upon final settlement.

### Update

At the time that the administration of the Pool was transferred to the Division, final settlements with hospitals for payments to and from the Pool were behind schedule. The Division has since succeeded in settling Pool years 1990 through 1997. Preliminary settlements with hospitals are up to date, and the Division expects to final settle Pool years 1998 and 1999 by the end of this Pool year. The Division interacts with hospitals and community health centers on a regular basis throughout the year to monitor free care charges and costs, which makes the settlement process more efficient. Final settlements with community health centers are not required.

096

## Table 8: Uncompensated Care Pool Settlements

| Year | Status | | | | | | |
|------|--------|--|--|--|--|--|--|
| 2001 | Jun '01 Calculation* | 215,000,000 | 100,000,000 | 30,000,000 | 13,100,000 | 70,000,000 | 57,750,000 |
| 2000 | Preliminary* | 215,000,000 | 100,000,000 | 30,000,000 | 39,000,000 | 70,000,000 | 46,250,000 |
| 1999 | Preliminary* | 215,000,000 | 100,000,000 | 30,000,000 | | 70,000,000 | 11,750,000 |
| 1998 | Proposed Final* | 215,000,000 | 100,000,000 | 30,000,000 | (5,000,000) | 70,000,000 | |
| 1997 | FINAL | 315,000,000 | | 15,000,000 | 12,500,000 | 17,500,000 | |
| 1996 | FINAL | 315,000,000 | | 15,000,000 | | | |
| 1995 | FINAL | 315,000,000 | | 15,000,000 | | | |
| 1994 | FINAL | 315,000,000 | | 15,000,000 | | | |
| 1993 | FINAL | 315,000,000 | | 15,000,000 | | | |
| 1992 | FINAL | 300,000,000 | | 35,000,000 | | | |
| 1991 | FINAL | 312,000,000 | | - | | | |
| 1990 | FINAL | 312,000,000 | | - | | | |

\* Amounts subject to change at Final and/or Preliminary Settlement.
\*\* Additional Funding includes amounts transferred from the St.1991, C.495, S.56 Compliance Liability Fund and from the Medical Security Trust Fund, as well as surpluses brought forward from prior years.
\*\*\* Reserves and Expenses includes funds for demonstration projects, data collection system development, audits, and other administrative expenses. PFY01 and PFY00 Reserves and Expenses represent the amounts that are expected to be expended from those Pool Years' funds.

Table 8 above illustrates the history and status of Pool settlements for the Division. The table identifies all Pool funding sources for each year as well as Pool expenses for that year, including transfers to the Children's and Seniors' Health Care Assistance Fund, payments to community health centers, and the resulting balance available to pay hospitals. Payments for the Division's demonstration programs are included in Reserves and Expenses, along with other expenses related to administering the Pool.

The shortfall amount is the amount by which allowable uncompensated care costs incurred by hospitals exceed the available Pool funds. Health care reform initiatives and the strong economy are responsible for the elimination of the shortfall for Pool years 1998 and 1999. Projections for Pool years 2000 and 2001 demonstrate the recurrence of shortfalls.

The percent recognized is the percent of hospitals' allowable free care costs that were paid by the Pool that year. The last column indicates the steadily decreasing percentage of the uniform assessment on hospitals' private sector charges, which generates each hospital's liability to the Pool (for additional information, please see the explanation of Table 3 on pages 10-13).

| | | | | | | |
|---|---|---|---|---|---|---|
| 15,000,000 | 16,500,000 | 338,850,000 | 397,189,581 | (58,339,581) | 85% | 2.52% |
| 7,700,000 | 15,750,000 | 384,300,000 | 396,848,612 | (12,548,612) | 97% | 2.68% |
| 4,000,000 | 14,491,604 | 384,758,396 | 381,874,175 | 2,884,221 | 100% | 3.07% |
| 2,543,188 | 16,026,457 | 391,430,355 | 388,855,240 | 2,575,115 | 100% | 3.52% |
| - | 16,031,038 | 343,968,962 | 448,459,137 | (104,490,175) | 77% | 5.74% |
| 1,284,269 | 15,168,235 | 313,547,496 | 467,290,626 | (153,743,130) | 67% | 6.00% |
| 4,065,970 | 12,996,321 | 312,937,709 | 446,123,716 | (133,186,007) | 70% | 6.54% |
| 5,752,348 | 10,174,420 | 314,073,232 | 422,996,582 | (108,923,350) | 74% | 6.89% |
| 741,639 | 7,660,677 | 321,597,684 | 391,636,164 | (70,038,480) | 82% | 6.93% |
| 3,347,273 | 4,377,067 | 327,275,660 | 340,323,322 | (13,047,662) | 96% | 8.51% |
| 1,221,000 | | 310,779,000 | 442,492,755 | (131,713,755) | 70% | 9.86% |
| 630,152 | | 311,369,848 | 411,641,176 | (100,271,328) | 76% | 10.18% |

30

# Section 8:
# Pool Management Initiatives

**T**he Division of Health Care Finance and Policy has undertaken a number of initiatives to improve the efficiency and effectiveness of Uncompensated Care Pool operations. This section provides an update on these initiatives.

## Eligibility

Since October 1998, providers have used a streamlined and clarified eligibility determination process along with standard application forms for free care and medical hardship assistance. All applicants for free care are asked a set of questions that indicate possible eligibility for other assistance programs, such as MassHealth, and providers are required to assist applicants in applying for these programs. The free care application forms are available in English, Spanish, Portuguese, Haitian Creole, Chinese, Vietnamese, and Khmer, and are located on Division's web site for easy download.

The Division of Health Care Finance and Policy has continued its free care application training program for providers, holding training sessions in numerous locations: at the Division, on-site at provider locations, and at regional public health offices. The purpose of these sessions has been to teach providers about the free care eligibility determination process, the Division's screening requirements, and how to use the free care application forms.

The Division updated *The Free Care Application: A Guide for Acute Hospitals and Community Health Centers*, which was distributed to all free care providers and also posted on the Division's web site for download. The free care help line continues to receive about sixty calls per week, of which about two-thirds are from provider staff and about one-third from individuals applying for free care.

The Division also continues to publish its quarterly newsletter, *Free Care Notes*. In PFY00, the Division received 83 grievances, of which over half were resolved in favor of the hospital. The remainder were resolved in favor of the applicant.

## Program Catalog

In May 2000, the Division published *Access to Health Care in Massachusetts: A Catalog of Health Care Programs for Uninsured and Underinsured Individuals*, which contains information on over 75 programs of health coverage for low-income persons, including programs sponsored by public and private organizations. This catalog is intended as a tool to assist hospital and community health center staff in their screening efforts, in order that they may be able to direct patients to other more organized and comprehensive sources of coverage besides free care.

Copies of the catalog were distributed to all hospitals and community health centers, along with many other interested organizations. Response to this publication has been extremely positive, and the Division of Health Care Finance and Policy is updating the catalog for 2001.

31

## Data Collection

The Division of Health Care Finance and Policy is collecting patient level data on individuals who access health care through the Uncompensated Care Pool. The Division developed software to collect and analyze these data and trained providers on its use. Hospitals and community health centers are required to submit free care application and medical claims data to the Division according to Division specifications that are defined in regulation.

All hospitals and community health centers use the Division's free care application software to verify free care eligibility and submit eligibility information to the Division. The Division is in the initial stages of analyzing information collected thus far from nearly 150,000 free care applications (see Table 9 below).

Current analyses focus on understanding the demographic characteristics of the people who access health care through the Pool and cross-referencing for eligibility in other public assistance programs. Preliminary data indicate that the average family income for free care applicants is approximately $9,900 per year, and the average family size is approximately 1.5.

Fifty-five percent of free care applicants are female, and 45% are male. Eleven percent of applicants are aged 18 or under, 38% are from 19-35 years old, 40% are aged 36-64, and 10% are 65 and over. Seventy-five percent of free care applications submitted to the Division include Social Security numbers.

In addition, nearly 91% of free care applicants qualify for full free care, with 9% qualifying for partial free care, and the remainder are denied. The Division has not yet received any applications for medical hardship electronically. These data are only preliminary because most providers are not yet submitting 100% of applications elec-

## Table 9: Free Care Applications Collected as of June 22, 2001

| Applications Collected | Hospitals 118,606 | CHCs 28,925 | Total 147,531 |
|---|---|---|---|
| **Gender** | | | |
| Female Applicants | 54.2% | 57.0% | 54.7% |
| Male Applicants | 45.5% | 42.7% | 44.9% |
| **Age** | | | |
| 18 and Under | 10.6% | 15.0% | 11.5% |
| 19-35 | 37.9% | 39.0% | 38.1% |
| 36-64 | 40.2% | 37.0% | 39.5% |
| 65 and Over | 11.1% | 4.0% | 9.7% |
| **Family Information** | | | |
| Average Family Income | $9,867 | $9,962 | $9,886 |
| Average Family Size | 1.53 | 1.59 | 1.54 |

tronically. Results from complete data may differ.

During PFY00, the Division also conducted preliminary wage match verifications with the Department of Revenue. In the coming year, the Division will work with DOR to refine wage match results and reporting.

In PFY00, hospitals worked to modify their billing systems to submit UB92 claims to the Division for all free care that is billed to the Pool. During the year, the Division spent considerable time working with hospitals to define claim specifications and requirements. Claims data will be collected and analyzed beginning in PFY01.

The Division of Health Care Finance and Policy has strict data confidentiality policies that prohibit the release of patient specific information.

**Pool Services**

The Division is currently conducting a detailed analysis of the Pool's role as a safety net, a review of the services paid for by the Pool and other private and public health insurance programs, and an analysis of how the Pool intersects with other programs and the implications for Pool policy. This project also involves an evaluation of how hospitals and community health centers determine what services they bill to the Pool.

As part of this evaluation, the Division has also agreed to participate in a pilot program run by Harbor Health, Inc., that has been developed to address the extreme difficulty that low-income people have in accessing dental services on the Lower/Outer Cape and Martha's Vineyard. This pilot program began in June 2000.

34

alculations contained in this report are based upon the most recently available data from the Division of Health Care Finance and Policy. If you have any questions about the data or calculations,

or need additional information, please contact the Division. Any comments about the usefulness of this report and suggestions for improvement are welcome. Please direct all comments to:

*Uncompensated Care Pool Annual Report*
*Division of*
*Health Care Finance and Policy*
*2 Boylston Street*
*Boston, MA 02116*
*Tel: 617-988-3100*
*Fax: 617-727-7662*

104