IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRVIEW HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING DEFENDANT'S**
**<u>MOTION TO DISMISS</u>**

Upon consideration of defendant's motion to dismiss and any opposition thereto, it is hereby

ORDERED that defendant's motion is GRANTED, and plaintiffs' complaint is DISMISSED.

_____          _____
DATE                     UNITED STATES DISTRICT JUDGE