UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for an Enlargement of Time in Which to File Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is hereby

ORDERED that the Plaintiffs' Motion be and hereby is granted, and that the Plaintiffs shall have up to and including October 10, 2005 in which to file their opposition to the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

_____  _____
Date                                        UNITED STATES DISTRICT JUDGE