UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRVIEW HOSPITAL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01065 (RWR) |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS**

Plaintiffs, by counsel, respectfully move this Court for a stay of proceedings in the above-captioned action pending the final resolution of another matter pending in this Court, <u>Bradley Memorial Hospital, et al. v. Michael O. Leavitt</u>, Civil Action No. 1:04-cv-00416 (EGS). In support of their Motion, Plaintiffs refer this Court to their accompanying memorandum of points and authorities, incorporated herein by reference.

Respectfully submitted,

    /s/  Jacqueline E. Bennett

Jacqueline E. Bennett
D.C. Bar No. 474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Tel: (202) 414-9200
Facsimile: (202) 414-9299
jbennett@reedsmith.com

Attorney for Plaintiffs

- 2 -

        Of Counsel:

        Murray J. Klein
        **REED SMITH LLP**
        Princeton Forrestal Village
        136 Main Street, Suite 250
        Princeton, NJ  08540
        (609) 987-0050

Dated:  October 11, 2005