IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BERKSHIRE MEDICAL CENTER, et al., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civ. Action No. 1:04cv01562 (RWR) |
| TOMMY G. THOMPSON, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiffs and defendant respectfully move this Court for an ordering staying all proceedings in the above-captioned action pending the final resolution of a case raising similar issues that is pending before Judge Sullivan of this Court. The parties in that case are represented by the same counsel as the parties in this case. Defendant's answer in this case is currently due to be served on November 15, 2004. No previous enlargement of time have been requested.

This case seeks to compel the Secretary of Health and Human Services to reopen multiple Medicare reimbursement determinations and to reclassify certain tax assessments as reimbursable expenses. It raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley Memorial Hospital v. Thompson</u>, D.D.C. No. 04-416 (EGS) (filed March 15, 2004). The parties believe it would promote efficiency and conserve party and judicial resources if litigation of this case were stayed until after final resolution of the <u>Bradley</u> case.

A proposed order agreed to by the parties is attached.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| ALEX M. AZAR II<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| ROBERT P. JAYE<br>Acting Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| LAWRENCE J. HARDER<br>Acting Deputy Associate General Counsel | SHEILA M. LIEBER<br>PETER ROBBINS<br>Attorneys |
| LAWRENCE M. MEISTER<br>Attorney<br>Department of Health and Human Services | U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953 |
|  | Attorneys for Defendant |
| OF COUNSEL: |  |
| MURRAY J. KLEIN<br>Reed Smith LLP | JACQUELINE E. BENNETT<br>D.C. Bar No. 474355<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 414-9200 |
|  | Attorneys for the Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 1:04cv01537 (RWR) |
| TOMMY G. THOMPSON, | ) |
| Defendant. | ) |

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiff and defendant respectfully move this Court for an ordering staying all proceedings in the above-captioned action pending the final resolution of a case raising similar issues that is pending before Judge Sullivan of this Court. The parties in that case are represented by the same counsel as the parties in this case. Defendant's answer in this case is currently due to be served on November 12, 2004. No previous enlargement of time have been requested.

This case seeks to compel the Secretary of Health and Human Services to reopen a Medicare reimbursement determination and to reclassify certain tax assessments as reimbursable expenses. It raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley Memorial Hospital v. Thompson</u>, D.D.C. No. 04-416 (EGS) (filed March 15, 2004). The parties believe it would promote efficiency and conserve party and judicial resources if litigation of this case were stayed until after final resolution of the <u>Bradley</u> case.

A proposed order agreed to by the parties is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: |  |
| ALEX M. AZAR II<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| ROBERT P. JAYE<br>Acting Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| LAWRENCE J. HARDER<br>Acting Deputy Associate General<br>Counsel | SHEILA M. LIEBER<br>PETER ROBBINS<br>Attorneys |
| LAWRENCE M. MEISTER<br>Attorney<br>Department of Health and Human Services | U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953 |
|  | Attorneys for Defendant |
| OF COUNSEL: |  |
| MURRAY J. KLEIN<br>Reed Smith LLP | JACQUELINE E. BENNETT<br>D.C. Bar No. 474355<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 414-9200 |
|  | Attorneys for the Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MILTON HOSPITAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. Action No. 1:04cv01497 (RWR) |
| TOMMY G. THOMPSON, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiff and defendant respectfully move this Court for an ordering staying all proceedings in the above-captioned action pending the final resolution of a case raising similar issues that is pending before Judge Sullivan of this Court. The parties in that case are represented by the same counsel as the parties in this case. Defendant's answer in this case is currently due to be served on November 8, 2004. No previous enlargement of time have been requested.

This case seeks to compel the Secretary of Health and Human Services to reopen a Medicare reimbursement determination and to reclassify certain tax assessments as reimbursable expenses. It raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley Memorial Hospital v. Thompson</u>, D.D.C. No. 04-416 (EGS) (filed March 15, 2004). The parties believe it would promote efficiency and conserve party and judicial resources if litigation of this case were stayed until after final resolution of the <u>Bradley</u> case.

A proposed order agreed to by the parties is attached.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| ALEX M. AZAR II<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| ROBERT P. JAYE<br>Acting Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| LAWRENCE J. HARDER<br>Acting Deputy Associate General Counsel | SHEILA M. LIEBER<br>PETER ROBBINS<br>Attorneys |
| LAWRENCE M. MEISTER<br>Attorney<br>Department of Health and Human Services | U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953 |
|  | Attorneys for Defendant |
| OF COUNSEL: |  |
| MURRAY J. KLEIN<br>Reed Smith LLP | JACQUELINE E. BENNETT<br>D.C. Bar No. 474355<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 414-9200 |
|  | Attorneys for the Plaintiff |