UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
BERKSHIRE MEDICAL CENTER,       )
et al.,                         )
                                )
          Plaintiffs,           )
                                )
             v.                 )
                                )  Civil Action No. 04-1562 (RWR)
TOMMY G. THOMPSON,              )
                                )
          Defendant.            )
_____ )
```

## ORDER

The parties have filed a joint motion to stay proceedings
[8] in this case until final district court and court of appeals
resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action
No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because
this case raises issues similar to those currently being briefed
on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties' Joint Motion for a Stay of
Proceedings [8] be, and hereby is, GRANTED.  Subject to either
party's right to seek an earlier end to the stay for good cause
shown, all proceedings in this case are STAYED until final
resolution of the <u>Bradley</u> case.  It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY
CLOSED.  It is further

ORDERED that, within 60 days after final resolution of

Bradley, the parties shall submit a motion to re-open the case and/or a joint status report addressing the need for any further proceedings in this action.

SIGNED this 10th day of March, 2005.

_____
RICHARD W. ROBERTS
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
DANA-FARBER CANCER INST.,       )
                                )
        Plaintiff,              )
                                )
        v.                      )
                                ) Civil Action No. 04-1537 (RWR)
TOMMY G. THOMPSON,              )
                                )
        Defendant.              )
_____ )
```

## ORDER

The parties have filed a joint motion to stay proceedings [8] in this case until final district court and court of appeals resolution of Bradley Memorial Hospital v. Thompson, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in Bradley. It is hereby

ORDERED that the parties' Joint Motion for a Stay of Proceedings [8] be, and hereby is, GRANTED. Subject to either party's right to seek an earlier end to the stay for good cause shown, all proceedings in this case are STAYED until final resolution of the Bradley case. It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY CLOSED. It is further

ORDERED that, within 60 days after final resolution of Bradley, the parties shall submit a motion to re-open the case

and/or a joint status report addressing the need for any further proceedings in this action.

SIGNED this 10th day of March, 2005.

_____
RICHARD W. ROBERTS
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                 )
MILTON HOSPITAL,                 )
                                 )
          Plaintiff,             )
                                 )
          v.                     )
                                 ) Civil Action No. 04-1497 (RWR)
TOMMY G. THOMPSON,               )
                                 )
          Defendant.             )
_____)

**ORDER**

The parties have filed a joint motion to stay proceedings
[7] in this case until final district court and court of appeals
resolution of Bradley Memorial Hospital v. Thompson, Civil Action
No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because
this case raises issues similar to those currently being briefed
on cross-motions for summary judgment in Bradley.  It is hereby

ORDERED that the parties' Joint Motion for a Stay of
Proceedings [7] be, and hereby is, GRANTED.  Subject to either
party's right to seek an earlier end to the stay for good cause
shown, all proceedings in this case are STAYED until final
resolution of the Bradley case.  It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY
CLOSED.  It is further

ORDERED that, within 60 days after final resolution of
Bradley, the parties shall submit a motion to re-open the case

- 2 -

and/or a joint status report addressing the need for any further

proceedings in this action.

SIGNED this 8th day of March, 2005.

_____
RICHARD W. ROBERTS
United States District Judge