UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
BERKSHIRE MEDICAL CENTER,            )
<u>et al.</u>,                             )
                                     )
         Plaintiffs,                 )
                                     )
    v.                               )
                                     ) Civil Action No. 04-1562 (RWR)
TOMMY G. THOMPSON,                   )
                                     )
         Defendant.                  )
_____  )

**<u>ORDER</u>**

The parties have filed a joint motion to stay proceedings [8] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties file by December 17, 2004 a joint memorandum addressing whether, under Local Civil Rule 40.5(a)(3), this case is a case related to <u>Bradley</u> involving common issues of fact; if it is related, why this case should not be transferred as related to Judge Sullivan; and if it is not related, what specific reasons suggest that final disposition of <u>Bradley</u> will affect this case.

- 2 -

SIGNED this 7th day of December, 2004.

```
                              _____
                              RICHARD W. ROBERTS
                              United States District Judge
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DANA-FARBER CANCER INST.,      )
                               )
        Plaintiff,             )
                               )
        v.                     )
                               ) Civil Action No. 04-1537 (RWR)
TOMMY G. THOMPSON,             )
                               )
        Defendant.             )
_____)
```

**<u>ORDER</u>**

The parties have filed a joint motion to stay proceedings [8] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties file by December 17, 2004 a joint memorandum addressing whether, under Local Civil Rule 40.5(a)(3), this case is a case related to <u>Bradley</u> involving common issues of fact; if it is related, why this case should not be transferred as related to Judge Sullivan; and if it is not related, what specific reasons suggest that final disposition of <u>Bradley</u> will affect this case.

- 2 -

SIGNED this 7th day of December, 2004.

 

_____
RICHARD W. ROBERTS
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MILTON HOSPITAL,               )
                               )
         Plaintiff,            )
                               )
     v.                        )
                               ) Civil Action No. 04-1497 (RWR)
TOMMY G. THOMPSON,             )
                               )
         Defendant.            )
_____)
```

**<u>ORDER</u>**

The parties have filed a joint motion to stay proceedings [7] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties file by December 17, 2004 a joint memorandum addressing whether, under Local Civil Rule 40.5(a)(3), this case is a case related to <u>Bradley</u> involving common issues of fact; if it is related, why this case should not be transferred as related to Judge Sullivan; and if it is not related, what specific reasons suggest that final disposition of <u>Bradley</u> will affect this case.

- 2 -

SIGNED this 7th day of December, 2004.

                                                      _____
                                                      RICHARD W. ROBERTS
                                                      United States District Judge