UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FAIRVIEW HOSPITAL, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | Civil Action No. 1:05cv01065 (RWR) |
| **MICHAEL O. LEAVITT,** | ) ) ) | |
| **Defendant.** | ) ) | |

### ORDER

Upon consideration of the Plaintiffs' Motion for Stay of Proceedings, and the Defendant's opposition thereto, it is hereby ordered that there exists good cause for entry of a stay and that the Plaintiffs' motion be and hereby is GRANTED, and it is further ordered that this matter is stayed pending final resolution of <u>Bradley Memorial Hospital, et al. v. Michael O. Leavitt</u>, Civil Action No. 1:04-cv-00416 (EGS) in this Court.

_____                                        _____
Date                                                                              UNITED STATES DISTRICT JUDGE