IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>)<br>Defendant. )<br>_____ ) | Civ. Action No. 1:05cv01065 (RWR) |

### DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

On September 7, 2005, defendant filed a motion to dismiss or, in the alternative, for summary judgment in the above-captioned action. On October 7, 2005, plaintiffs filed an amended complaint. The only effect of the amended complaint was to abandon plaintiffs' claims for relief with respect to certain years. Otherwise, the amendment does nothing to cure the defects in the original complaint. In these circumstances, it is not necessary for defendant to file a new dispositive motion. Rasul v. Bush, 215 F. Supp. 2d 55, 58 n.3 (D.D.C. 2002), aff'd, 321 F.3d 1134 (D.C. Cir. 2003), rev'd on other grounds, 542 U.S. 466 (2004); Nix v. Hoke, 62 F. Supp. 2d 110, 115 (D.D.C. 1999); 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1476 at 59 (2d ed. 1990).[1] However, to the extent any additional filing on the part of defendant may be deemed to be necessary, he hereby respectfully

---

[1] See also, e.g., Briggs & Stratton Corp. v. Brown & Wiser, Inc., 2005 WL 2298213 at *1 (E.D. Wis. Sept. 20, 2005); AXA Corporate Solutions Ins. Co. v. Lumbermens Mut. Cas. Co., 2005 WL 1649045 at *3 n.3 (S.D.N.Y. July 13, 2005); Cabrera v. World's Finest Chocolate, Inc., 2004 WL 1535850 at *1 n.3 (N.D. Ill. July 7, 2004); Taitt v. IRS, 2004 WL 2051360 at *1 n.5 (E.D. Mich. Aug. 2, 2004); Contreraras v. Thor Norfolk Hotel, LLC, 292 F. Supp. 2d 798, 800 n.1 (E.D. Va. 2003).

amends his pending dispositive motion to move, for the reasons previously stated, for an order of this Court dismissing plaintiffs' first amended complaint or, in the alternative, for an order granting defendant summary judgment.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL:<br>PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel | _____<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| ROBERT BALDERSTON<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendant |