IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRVIEW HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S NOTICE OF RECENT DECISION

The Clerk of Court will please take notice of the recent decision of the Court of Appeals for the Seventh Circuit in <u>Michael Reese Hospital & Medical Center v. Thompson</u>, 2005 WL 2592455 (7th Cir. Oct. 14, 2005). The decision holds that mandamus jurisdiction is not available to vindicate a hospital's claim that a fiscal intermediary "did not properly apply the law in its determination" of Medicare reimbursement. <u>Id</u>. at *7. The Seventh's Circuit's analysis is consistent with the position taken by defendant in his pending motion to dismiss or, in the alternative, for summary judgment.

OF COUNSEL:
PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel

ROBERT BALDERSTON
Attorney
Department of Health
and Human Services

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
SHEILA M. LIEBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C.  20530
Tel:  (202) 514-3953
Attorneys for Defendant