THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of plaintiffs' motion for a stay and defendant's opposition thereto, and the entire record, it is hereby

ORDERED that plaintiffs' motion is DENIED.

_____                              _____
DATE                                         UNITED STATES DISTRICT JUDGE