IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRVIEW HOSPITAL, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT,** )<br>)<br>**Defendant.** )<br>) | Civ. Action No. 1:05cv01065(RWR) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs in the above-captioned matter, by and through their undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor, on the grounds that there is no material issue in dispute and the Plaintiffs are entitled to judgment as a matter of law.

In support of their Motion, Plaintiffs refer the Court to the accompanying memorandum of points and authorities in support of Plaintiffs' motion and their statement of material facts as to which there is no genuine issue, both of which are incorporated herein by reference. A proposed order setting forth the relief requested is also incorporated by reference.

WHEREFORE, Plaintiffs ask that their Motion be granted, and that the Court enter judgment for the Plaintiffs and issue an order 1) directing the Secretary and/or its intermediary to reopen Plaintiffs' cost reports covering the time periods referenced in Plaintiffs' Amended Complaint and to reclassify the payments made under the Uncompensated Care Pool (UCP) as allowable costs and pay Plaintiffs the additional amounts determined through the reopening process, together with an award of both pre-judgment and post-judgment interest on the additional amounts determined throughout

the reopening process; 2) stating that this Court retains jurisdiction in this matter until the Secretary and/or the intermediary have completed the reopening process, up to and including issuing revised NPRs where applicable; 3) requiring the Secretary to submit for the Court's prior approval any further instructions provided to the intermediary with regard to implementing this Court's ruling; 4) awarding Plaintiffs attorney's fees and costs, as permitted by law; and 5) awarding such other monetary and equitable relief as this Court deems just and appropriate or is necessary to effectuate any aspect of the Court's award.

                Respectfully submitted,

                   /s/ Jacqueline E. Bennett
                Jacqueline E. Bennett
                DC Bar #474355
                **REED SMITH LLP**
                1301 K Street, N.W.
                Suite 1100 – East Tower
                Washington, DC 20005
                (202) 414-9200
                (202) 414-9299 Facsimile
                JBennett@ReedSmith.com

                Attorneys for the Plaintiffs

                Of Counsel:

                Murray J. Klein
                **REED SMITH LLP**
                DC Bar # 492415
                Princeton Forrestal Village
                136 Main Street, Suite 250
                Princeton, NJ 08540
                (609) 987-0050

Dated: October 31, 2005