**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FAIRVIEW HOSPITAL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065(RWR) |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUE**

Pursuant to Fed. R. Civ. P. 56 and Rules 7 and 56.1 of this Court, Plaintiffs, by counsel, submit the following statement of material facts in support of their Cross-Motion for Summary Judgment:

Plaintiffs incorporate by reference paragraphs 1 through 8 of Defendants' Statement of Material Facts as to Which There is No Genuine Issue, with those modifications and additions to paragraphs 2, 4, and 7 as set out in Plaintiffs' Response to Defendant's Statement of Material Facts as to Which There Exists No Genuine Issue.

　　　　　　　　　　　　　　　　　　　/s/ Jacqueline E. Bennett
　　　　　　　　　　　　　　　　　Jacqueline E. Bennett
　　　　　　　　　　　　　　　　　DC Bar #474355
　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　1301 K Street, N.W.
　　　　　　　　　　　　　　　　　Suite 1100 – East Tower
　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　(202) 414-9200
　　　　　　　　　　　　　　　　　(202) 414-9299 Facsimile
　　　　　　　　　　　　　　　　　JBennett@ReedSmith.com

　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

- 2 -

        Of Counsel:

        Murray J. Klein
        DC Bar #492415
        **REED SMITH LLP**
        Princeton Forestall Village
        136 Main Street, Suite 250
        Princeton, NJ  08540
        (609) 987-0050