**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FAIRVIEW HOSPITAL, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civ. Action No. 1:05cv01065(RWR) |
| | ) |
| **MICHAEL O. LEAVITT,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of the Plaintiffs' Cross-Motion for Summary Judgment, and the Defendant's opposition thereto, and upon consideration of the Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment, and the Plaintiffs' Opposition thereto, and the entire record herein, it is hereby

ORDERED that the Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment be and hereby is DENIED, and it is further

ORDERED that, as to the Plaintiffs' Cross-Motion for Summary Judgment, the Court finds that the material facts are not in dispute and that judgment should enter for Plaintiffs as a matter of law, and it is therefore ORDERED that the Plaintiff's Cross-Motion for Summary Judgment be and hereby is GRANTED.

Date: _____                         _____
                                        United States District Judge