IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUE

Defendant has moved, in the alternative, for summary judgment on the ground that there exists no genuine issue of material fact and defendant is entitled to judgment as a matter of law. Under Rules 7(h) and 56.1 of this Court, however, a failure to respond to plaintiffs' statement of material facts can be viewed as a concession. In lieu of a statement of material facts in dispute, therefore, defendant respectfully submits the following response to plaintiffs' statement of material facts. Defendant's response is complicated by the fact that plaintiffs's statement of material facts does not conform to the format required by the Rules of this Court, but instead purports to incorporate defendant's statement of material facts, with caveats.

1. Uncontested.

2. There is no record evidence in support of any allegation in plaintiffs' complaint "that the Intermediaries, acting either passively or directly, led the hospitals to believe the UCP cost was not an allowable cost." Plaintiffs' complaint is not evidence.

3. Uncontested.

4. Uncontested.

-2-

5. Uncontested.

6. Uncontested.

7. It is uncontested that the referenced letter speaks for itself.

8. Uncontested.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General<br>Counsel | _____<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| ROBERT BALDERSTON<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendant |