IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of defendant's motion for summary judgment and plaintiffs' cross-motion for summary judgment, the respective oppositions thererto, and the entire record, it is hereby:

ORDERED that plaintiffs' motion is DENIED; and it is further

ORDERED that defendant's motion is GRANTED, and summary judgment in favor of defendant is ENTERED.

_____            _____
DATE                                UNITED STATES DISTRICT JUDGE