THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRVIEW HOSPITAL, et al.,        )
                                  )
            Plaintiffs,           )
                                  )
        v.                        )        Civ. Action No. 1:05cv01065 (RWR)
                                  )
MICHAEL O. LEAVITT,               )
                                  )
            Defendant.            )
_____ )

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE
PLAINTIFFS' RULE 56(f) ARGUMENT AND DECLARATION**

Upon consideration of defendant's motion to strike plaintiffs' Rule 56(f) argument and

declaration, and plaintiffs' opposition thereto, it is hereby

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the portion of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs'

Cross Motion for Summary Judgment that appears at pages 17 through 19 under the heading "III"

and the Declaration of Steve B. Roosa attached to the reply as Attachment #4 are STRICKEN

from the record of the above-captioned action.

_____            _____
Date                        UNITED STATES DISTRICT JUDGE