UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRVIEW HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION, AND MEMORANDUM IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' RULE 56(f) ARGUMENT AND DECLARATION**

Plaintiffs respectfully move this Court for a one-week enlargement of time up to and including January 9, 2006 in which to file their Opposition to Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration in the above-captioned action.  In support thereof, Plaintiffs state the following:

1. On December 22, 2005, Defendant filed a 16-page Memorandum in Support of His Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration that raises complex issues of law.  Plaintiffs require additional time in which to fully analyze these arguments and present their response.

2. Plaintiffs have not previously requested an enlargement of time in which to file their reply to the Defendant's Motion.

3. Pursuant to this Court's setting of deadlines, the Plaintiffs' opposition is currently due by January 2, 2006.

4.     Counsel for Plaintiffs has discussed this motion with counsel for Defendant and is authorized to state that Defendant has no objection to the relief being sought.

WHEREFORE, the Plaintiffs ask that their unopposed motion for an enlargement of time be granted, that they be given up to and including January 9, 2006 in which to file their Opposition to Defendant Michael O. Leavitt's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration.

Respectfully submitted,

   /s/  Jacqueline E. Bennett

Jacqueline E. Bennett
D.C. Bar No. 474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Tel: (202) 414-9200
Facsimile: (202) 414-9299

Of Counsel:

Murray J. Klein
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050

Attorneys for the Plaintiffs

Dated:   December 28, 2005