UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for an Enlargement of Time in Which to File Opposition to Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration, it is hereby

ORDERED that the Plaintiffs' Motion be and hereby is granted, and that the Plaintiffs shall have up to and including January 9, 2006 in which to file their opposition to the Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration.

_____                                          _____
Date                                                                         UNITED STATES DISTRICT JUDGE