```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                        |   |                                  |
|------------------------|---|----------------------------------|
| **MILTON HOSPITAL,**   | ) |                                  |
|                        | ) |                                  |
| Plaintiff,             | ) |                                  |
|                        | ) |                                  |
| v.                     | ) |                                  |
|                        | ) | Civil Action No. 04-1497 (RWR)   |
| **TOMMY G. THOMPSON,** | ) |                                  |
|                        | ) |                                  |
| Defendant.             | ) |                                  |

## ORDER

The parties have filed a joint motion to stay proceedings [7] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>. It is hereby

ORDERED that the parties' Joint Motion for a Stay of Proceedings [7] be, and hereby is, GRANTED. Subject to either party's right to seek an earlier end to the stay for good cause shown, all proceedings in this case are STAYED until final resolution of the <u>Bradley</u> case. It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY CLOSED. It is further

ORDERED that, within 60 days after final resolution of <u>Bradley</u>, the parties shall submit a motion to re-open the case

- 2 -

and/or a joint status report addressing the need for any further proceedings in this action.

SIGNED this 8th day of March, 2005.

```
                                   _____
                                   RICHARD W. ROBERTS
                                   United States District Judge
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                              |   |                              |
|------------------------------|---|------------------------------|
| **DANA-FARBER CANCER INST.,**| ) |                              |
|                              | ) |                              |
| Plaintiff,                   | ) |                              |
|                              | ) |                              |
| v.                           | ) |                              |
|                              | ) | Civil Action No. 04-1537 (RWR)|
| **TOMMY G. THOMPSON,**       | ) |                              |
|                              | ) |                              |
| Defendant.                   | ) |                              |

### ORDER

The parties have filed a joint motion to stay proceedings [8] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties' Joint Motion for a Stay of Proceedings [8] be, and hereby is, GRANTED.  Subject to either party's right to seek an earlier end to the stay for good cause shown, all proceedings in this case are STAYED until final resolution of the <u>Bradley</u> case.  It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY CLOSED.  It is further

ORDERED that, within 60 days after final resolution of <u>Bradley</u>, the parties shall submit a motion to re-open the case

and/or a joint status report addressing the need for any further proceedings in this action.

    SIGNED this 10th day of March, 2005.

 

_____
RICHARD W. ROBERTS
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| BERKSHIRE MEDICAL CENTER, <u>et al.</u>, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Civil Action No. 04-1562 (RWR) |
| TOMMY G. THOMPSON, | ) ) |
| Defendant. | ) ) |

### ORDER

The parties have filed a joint motion to stay proceedings [8] in this case until final district court and court of appeals resolution of <u>Bradley Memorial Hospital v. Thompson</u>, Civil Action No. 04-416 (EGS) (D.D.C.), pending before Judge Sullivan because this case raises issues similar to those currently being briefed on cross-motions for summary judgment in <u>Bradley</u>.  It is hereby

ORDERED that the parties' Joint Motion for a Stay of Proceedings [8] be, and hereby is, GRANTED.  Subject to either party's right to seek an earlier end to the stay for good cause shown, all proceedings in this case are STAYED until final resolution of the <u>Bradley</u> case.  It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY CLOSED.  It is further

ORDERED that, within 60 days after final resolution of

<u>Bradley</u>, the parties shall submit a motion to re-open the case and/or a joint status report addressing the need for any further proceedings in this action.

SIGNED this 10th day of March, 2005.

```
                                    _____
                                    RICHARD W. ROBERTS
                                    United States District Judge
```