TYPE-C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01065-RWR

FAIRVIEW HOSPITAL et al v. LEAVITT
Assigned to: Judge Richard W. Roberts
Related Cases: 1:04-cv-01537-RWR
               1:04-cv-01562-RWR
               1:04-cv-01797-RJL
Cause: 05:551 Administrative Procedure Act

Date Filed: 05/27/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**FAIRVIEW HOSPITAL**    represented by    **Jacqueline Elizabeth Bennett**
REED SMITH LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005
(202) 414-9200
Fax: (202) 414-9299
Email: jbennett@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MOUNT AUBURN HOSPITAL**    represented by    **Jacqueline Elizabeth Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TUFTS-NEW ENGLAND MEDICAL CENTER**    represented by    **Jacqueline Elizabeth Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MICHAEL O. LEAVITT**
*Secretary of the United States Department of Health and Human Services*
   represented by    **Peter Robbins**
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue NW
Room 7142
Washington, DC 20530
(202) 514-3953
Fax: (202) 616-8470

Email: peter.robbins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2005 | 1 | COMPLAINT against MICHAEL O. LEAVITT (Filing fee $ 250) filed by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Exhibit A) (jf, ) (Entered: 06/01/2005) |
| 05/27/2005 |  | SUMMONS (3) Issued as to MICHAEL O. LEAVITT, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/01/2005) |
| 05/27/2005 | 2 | NOTICE OF RELATED CASE by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. Case related to Case No. 04-1497,1537 & 04-1562. (Attachments: # 1)(jf, ) (Entered: 06/01/2005) |
| 05/27/2005 | 3 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER (jf, ) (Entered: 06/01/2005) |
| 07/27/2005 | 4 | NOTICE of Appearance by Peter Robbins on behalf of MICHAEL O. LEAVITT (Robbins, Peter) (Entered: 07/27/2005) |
| 07/27/2005 | 5 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint *// Defendant's Unopposed Motion, and Memorandum in Support Thereof, for an Enlargement of Time //* by MICHAEL O. LEAVITT. (Attachments: # 1 Text of Proposed Order)(Robbins, Peter) (Entered: 07/27/2005) |
| 07/28/2005 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General May 31, 2005. (Bennett, Jacqueline) (Entered: 07/28/2005) |
| 07/28/2005 | 7 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. FAIRVIEW HOSPITAL served on 6/1/2005, answer due 8/1/2005; MOUNT AUBURN HOSPITAL served on 6/1/2005, answer due 8/1/2005; TUFTS-NEW ENGLAND MEDICAL CENTER served on 6/1/2005, answer due 8/1/2005 (Bennett, Jacqueline) Modified on 7/29/2005 (jf, ). (Entered: 07/28/2005) |
| 07/28/2005 | 8 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to FAIRVIEW HOSPITAL served on 5/31/2005, answer due 8/1/2005; MOUNT AUBURN HOSPITAL served on 5/31/2005, answer due 8/1/2005; TUFTS-NEW ENGLAND MEDICAL CENTER served on 5/31/2005, answer due 8/1/2005. (Bennett, Jacqueline) Modified on 7/29/2005 (jf, ). (Entered: 07/28/2005) |
|  |  |  |

| | | |
|---|---|---|
| 07/28/2005 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. MICHAEL O. LEAVITT served on 6/1/2005, answer due 8/1/2005 (jf, ) (Entered: 07/29/2005) |
| 07/28/2005 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to MICHAEL O. LEAVITT served on 5/31/2005, answer due 8/1/2005. (jf, ) (Entered: 07/29/2005) |
| 08/01/2005 | | MINUTE ORDER; It is hereby ORDERED that defendant's unopposed motion 5 for extension of time to answer be, and hereby is, GRANTED. MICHAEL O. LEAVITT's answer is due 8/31/2005. Issued by Judge Richard W. Roberts on 8/1/2005. (lcrwr3) (Entered: 08/01/2005) |
| 08/04/2005 | | Set/Reset Deadlines: Answer due by 8/31/2005. (lin, ) (Entered: 08/04/2005) |
| 08/31/2005 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint *// Defendant's Motion, and Memorandum in Support Thereof, for an Enlargement of Time //* by MICHAEL O. LEAVITT. (Attachments: # 1 Text of Proposed Order)(Robbins, Peter) (Entered: 08/31/2005) |
| 09/07/2005 | 12 | MOTION to Dismiss *or, in the Alternative,*, MOTION for Summary Judgment by MICHAEL O. LEAVITT. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B, Part 1# 4 Exhibit B, Part 2# 5 Exhibit B, Part 3# 6 Exhibit B, Part 4# 7 Exhibit C# 8 Defendant's Statement of Material Facts as to Which There Exists No Genuine Issue# 9 Text of Proposed Order)(Robbins, Peter) Modified on 9/7/2005 (lc, ). (Entered: 09/07/2005) |
| 09/16/2005 | 13 | Unopposed MOTION for Extension of Time to *file Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment* by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Text of Proposed Order)(Bennett, Jacqueline) (Entered: 09/16/2005) |
| 10/07/2005 | 15 | AMENDED COMPLAINT against MICHAEL O. LEAVITTfiled by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Exhibit A) (jf, ) (Entered: 10/17/2005) |
| 10/11/2005 | 14 | MOTION to Stay *Proceedings* by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Memorandum in Support of Motion to Stay Proceedings# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Text of Proposed Order)(Bennett, Jacqueline) (Entered: 10/11/2005) |
| 10/12/2005 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 13 for enlargement of time in which to file opposition to defendant's motion to dismiss be, and hereby is, GRANTED.Issued by Judge Richard W. Roberts on 10/12/05. (lcrwr2) (Entered: 10/12/2005) |
| 10/12/2005 | | MINUTE ORDER: It is hereby ORDERED that defendant's motion 11 |

| | | |
|---|---|---|
| | | for an enlargement of time up to and including 9/7/05 to file an answer is GRANTED *nunc pro tunc*. Issued by Judge Richard W. Roberts on 10/12/05. (lcrwr2) (Entered: 10/12/2005) |
| 10/20/2005 | 16 | MEMORANDUM re 12 MOTION to Dismiss *or, in the Alternative, MOTION for Summary Judgment MOTION for Summary Judgment* filed by MICHAEL O. LEAVITT, by MICHAEL O. LEAVITT. (Robbins, Peter) (Entered: 10/20/2005) |
| 10/25/2005 | 17 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by MICHAEL O. LEAVITT (Robbins, Peter) (Entered: 10/25/2005) |
| 10/25/2005 | 18 | Memorandum in opposition to motion re 14 *// Defendant's Opposition to Plaintiffs' Motion for a Stay of Proceedings //* filed by MICHAEL O. LEAVITT. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Text of Proposed Order)(Robbins, Peter) (Entered: 10/25/2005) |
| 10/31/2005 | 19 | REPLY *Memorandum in Support of Motion for a Stay of Proceedings* filed by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Bennett, Jacqueline) (Entered: 10/31/2005) |
| 10/31/2005 | 20 | Cross MOTION for Summary Judgment by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Plaintiffs' Memorandum in Support of Opposition to Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment# 2 Plaintiffs' Statement of Material Facts as to Which There Exists No Genuine Issue# 3 Response to Defendant's Statement of Material Facts as to Which There Exists No Genuine Issue# 4 Text of Proposed Order)(Bennett, Jacqueline) (Entered: 10/31/2005) |
| 11/14/2005 | 21 | REPLY to opposition to motion re 12 *// Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Reply in Support of His Motion to Dismiss or, in the Alternative, for Summary Judgment //* filed by MICHAEL O. LEAVITT. (Robbins, Peter) (Entered: 11/14/2005) |
| 11/14/2005 | 22 | Memorandum in opposition to motion re 20 *// Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Reply in Support of His Motion to Dismiss or, in the Alternative, for Summary Judgment (same memorandum as Doc. 21) //* filed by MICHAEL O. LEAVITT. (Attachments: # 1 Defendant's Response to Plaintiffs' Statement of Material Facts as to Which There Exists No Genuine Issue# 2 Text of Proposed Order)(Robbins, Peter) (Entered: 11/14/2005) |
| 11/21/2005 | 23 | REPLY *to Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment* filed by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Rule 56(f) Declaration of Steven B. Roosa, Esq.)(Bennett, Jacqueline) (Entered: 11/21/2005) |
| | | |

| | | |
|---|---|---|
| 12/22/2005 | 24 | MOTION to Strike 23 Reply to Document, *// Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration //* by MICHAEL O. LEAVITT. (Attachments: # 1 Text of Proposed Order)(Robbins, Peter) (Entered: 12/22/2005) |
| 12/28/2005 | 25 | Unopposed MOTION for Extension of Time to *File Opposition to Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration* by FAIRVIEW HOSPITAL, MOUNT AUBURN HOSPITAL, TUFTS-NEW ENGLAND MEDICAL CENTER. (Attachments: # 1 Text of Proposed Order)(Bennett, Jacqueline) (Entered: 12/28/2005) |
| 01/03/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiffs' unopposed motion 25 for enlargement of time to file an opposition to defendant's motion to strike be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 1/3/06. Opposition due on 1/9/06. (lcrwr2) (Entered: 01/03/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/06/2006 17:11:17 | | | |
| **PACER Login:** | rs0026 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01065-RWR |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |