# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01065 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Strike Plaintiffs' Rule 56(f) Argument and Declaration, and the Plaintiffs' Opposition thereto, and the record herein, it is hereby ORDERED that the Defendant's Motion be DENIED.

Date: _____        _____
                                          United States District Judge