IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>)<br>Defendant. )<br>_____ ) | Civ. Action No. 1:05cv01065 (RWR) |

## NOTICE OF RECENT DECISION

The Clerk of Court will please take notice of the recent decision of the United States Court of Appeals for the Third Circuit in Mercy Home Health v. Leavitt, 2006 WL 259609 (3d Cir. Feb. 3, 2006). The relevant portion of the decision concludes that it "would not have been reasonable in light of the reopening provisions" for a health-care provider to place "reliance" on an intermediary's opinion of Medicare law as "'binding.'" Id. at *7 (citing, inter alia, OPM v. Richmond, 496 U.S. 414, 420-22 (1990)). This holding conflicts plaintiffs' arguments with respect to the issues of exhaustion and reasonable reliance.

Respectfully submitted,

OF COUNSEL:
PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Acting Deputy Associate
General Counsel for Litigation

ROBERT BALDERSTON
Attorney
Department of Health
and Human Services

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
SHEILA M. LIEBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C.  20530
Tel:  (202) 514-3953
Attorneys for Defendant