IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRVIEW HOSPITAL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. Action No. 1:05cv01065 (RWR) |
| MICHAEL O. LEAVITT, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF RECENT DECISION

The Clerk of Court will please take notice of the decision recently issued by this Court in Ball Memorial Hospital, et al. v. Michael O. Leavitt, et al., No. 04-CV-2254, mem. op. (RMC) (D.D.C. September 22, 2006) (copy attached). In the portion of the opinion relevant to this case, the Court dismissed the claims of the plaintiff hospitals that sought to force the Secretary of Health and Human Services to reopen Medicare payment determinations under 42 C.F.R. § 405.1885(d). The Court held that the Secretary's failure to adopt what plaintiffs considered to be the correct interpretation of a Medicare regulation could not be deemed to be a form of "fraud or similar fault" within the meaning of 42 C.F.R. § 405.1885(d). Mem. Op. at 20-21. The Court's analysis is relevant to arguments in Defendant's Memorandum in Support of His Motion to Dismiss or, in the Alternative, for Summary Judgment at 22-26 (Doc. 12); and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Reply in Support of His Motion to Dismiss or, in the Alternative, for Summary Judgment at 22-25 (Docs. 21, 22).

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | |
| DANIEL MERON | PETER D. KEISLER |
| General Counsel | Assistant Attorney General |
| | |
| KATHLEEN H. MCGUAN | JEFFREY A. TAYLOR |
| Associate General Counsel | Acting United States Attorney |

MARK D. POLSTON
Deputy Associate
General Counsel

ROBERT BALDERSTON
Attorney
Department of Health
and Human Services

SHEILA M. LIEBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C. 20530
Tel: (202) 514-3953
Attorneys for Defendant