UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRVIEW HOSPITAL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, et al. | ) | Civil Action No. 05-cv-1065 (RWR) |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEARANCE

Please take notice that James C. Luh will appear in this action as counsel for defendant Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services. Mr. Luh appears in this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia and is not a member of the District of Columbia Bar.

Dated: June 13, 2008                              Respectfully submitted,

                                                  GREGORY G. KATSAS
                                                  Acting Assistant Attorney General

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney

                                                  SHEILA M. LIEBER
                                                  Deputy Director

                                                  /s/ JAMES C. LUH
                                                  JAMES C. LUH
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave NW
                                                  Washington DC 20530
                                                  Tel: (202) 514-4938
                                                  Fax: (202) 616-8460
                                                  E-mail: James.Luh@usdoj.gov
                                                  Attorneys for Defendant