**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES OF COURT**

  I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

                /s/ JAMES C. LUH
                JAMES C. LUH